

AS ONE OPTION
TO GROWING

# Governor considers additional prison

MONTGOMERY, Ala. —
Bob Riley...

The state
Department
of Corrections
once had
2,824
inmates
backed up,
but that
backlog was
eliminated
last year by
sending
inmates to
prisons out of
state...

State officials
are considering
building and
expanding
community
corrections
programs...