

# Numbers on the rise
### State inmate backlog building again

**EDITORIALS**

[Newspaper editorial clipping, rotated sideways and partially illegible. Discusses overcrowding in Alabama state prisons and county jails, with references to Gov. Bob Riley's administration, the Alabama Sheriffs' Association executive director Bobby Timmons, St. Clair County Sheriff Terry Surles, and Montgomery County Sheriff D.T. Marshall. Topics include the state paying $1.75 per inmate, counties housing state inmates, parole board speedups, sentencing, and the 2,847 inmate backlog.]