IN THE UNITED STATES DISTRICT COURT
OF ALABAMA  FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RONNIE McCLAIN ET.AL,
    PLAINTIFF[S]

2005 OCT -4 A 9:59

\* CIVIL ACTION NO: 2:05CV943-F

VS.

BOB RILEY, GOVERNOR ET.AL,
    DEFENDANT[S]

MOTION FOR ISSUANCE OF PERMANENT
INJUNCTION AND TEMPORARY RESTRAINING
ORDER

COMES NOW, RONNIE McCLAIN#133958 AND THE ABOVE PLAINTIFF[S] AND OTHER SIMILARILY SITUATED CURRENT AND FUTURE FEMALE/MALE PRISONERS IN THE STATE OF ALABAMA.PURSUANT TO THE(ALA.R.CIV.P) RULE 65(A)TO MOVE THIS HONORABLE COURT FOR AN EMERGENCY ISSUANCE OF A PERMANENT INJUNCTION AND T.R.O.AS THE ABOVE NAMED DEFENDANT[S] ARE CAUSING IRREPAIRABLE HARM.(SEE PRO SE PLAINTIFF[S]COMPLAINT AND EXHIBIT FOR FACTS)AN IMMEDIATE INJUNCTION IS NECESSARY AS FOLLOWS;

1]. THE DEFENDANT[S]ARE TO BRING OR GET THE ALABAMA INSTITUTIONS DOWN TO IT'S ORIGINAL DESIGNED CAPACITY WITHIN 30 DAYS OF FILING THIS INJUNCTION.

2]. THE DEFENDANT[S]ARE TO MAINTAIN THE ORIGINAL DESIGNED CAPACITY OF EACH OF THE ALABAMA INSTITUTIONS.WITHIN 30 DAYS OF FILING THIS INJUNCTION.

3]. THE DEFENDANT[S]ARE TO PROVIDE NO LESS THEN THE PROPER SECURITY GUARDS FOR THE WELFARE AND SAFETY OF EACH ALABAMA INSTITUTION WITHIN 3oDAYS OF FILING THIS INJUNCTION.

4]. THE DEFENDANT[S]ARE TO PROVIDE THE ALABAMA STATE PRISONERS FEMALE/MALE CURRENT AND FUTURE ADEQUATE CLASSIFICATION PLACEMENTS, WITHOUT OVER CLASSIFYING INMATES BY RESTRICTING THEM IMPROPERLY. WITHIN 30 DAYS FILING THIS INJUNCTION.

5].THE DEFENDANT[S]ARE TO AFFORD THE ALABAMA STATE PRISONERS ADEQUATE CLOTHING,SUCH AS HEAVIER COATS FOR THE WINTER WEHTHER AND TOBOGGANS,THERMAL UNDERWEARS,GLOVES,RAINCOATS.**WITHIN 30 DAYS OF THIS FILING INJUNCTION.**

6].THE DEFENDANT[S]ARE TO PROVIDE THE ALABAMA STATE PRSIONERS FEMALE/MALE WITH ADEQUATE PRISONAL HYGIENES SHAMPOO,LOTION,DEODORANT, ADEQUATE TOOTHBRUSH,HAIR GREASE AND BRUSH FOR PEOPLE OF COLOR THAT IS COMPLETELY INDIGENT.**WITHIN 30 DAYS OF FILING THIS INJUNCTION.**

7].THE DEFENDANT[S]ARE TO ENSURE THE ALABAMA STATE PRISONERS FEMALE/MALE WITH SUFFICIENT DISCRETION AND ACT ACCORDINGLY IN MAKING THE APPROPIATE JUDGMENT BY INITIATING A PROPER CRITERIA IN THE ALABAMA BOARD OF PARDON & PAROLE.**WITHIN 30 DAYS OF FILING THIS INJUNCTION.**

THE INJUNCTION IS NECESSARY TO MEET THE DEMANDS FOR THE ALABAMA STATE PRISONERS FEMALE/MALE CURRENT AND FUTURE.**AND IMMEDIATELY GRANT** THE PLAINTIFF'S RELIEF FROM ANY FURTHER CUSTODY OF THE ALABAMA DEPARTMENT OF CORRECTION UNCONSTITUTIONAL CONDITIONS OF THE OVERCROWDINESS, PURSUANT TO TITLE 18 U.S.C. SEC. 3626. **WITHIN 30DAY OF FILING THIS INJUNCTION.**

## TEMPORARY   RESTRAINING   ORDER

A RESTRAINING ODER IS NEEDED TO FURTHER PROTECT THE RIGHTS OF PLAINTIFF[S] FROM THE DEFENDANT[ RECEIVING **ANY MORE** NEW STATE MALE PRISONERS INTO THE PRISONS UNTIL THE ORIGINAL CAPACITY IS MAINTAINED AS DESIGNED. MOST INMATES ASSIGNED TO VARIOUS INSTITUTIONS, ALMOST ENTIRELY ON THE BASIS OF AVAILABLE SPACE

A RESTRAINING ORDER IS NEEDED TO FURTHER PROTECT THE RIGHTS OF PLAINTIFF[S] FROM RETALIATION FOR FILING THIS CIVIL ACTION AND INJUNCTION AND THAT ANY FORM OF RETALIATION INCLUDING. ARBRITRARY WORK ASSIGNMENTS, HARASSMENT, THREAT, RETALITORY TRANSFERS etc. WILL BEDEEMED A VIOLATION OF ANY DECREE OR ORDER ENTERED BY THE COURT WHICH WOULD BE SUBJECTED TO EMPLOYEE TERMINATION AND OR MONETARY SANCTIONS AGAINST SAID EMPLOYEE OF THE ALABAMA STATE DEPARTMENT OF CORRECTIONS.

WHEREFORE, PREMISE CONSIDERED THE PLAINTIFF[S] REQUEST A HEARING ON THIS **INJUNCTION** AND **T.R.O.**

EXECUTED ON THIS __3__ DAY OF __OCT__ 2005

*[signature]*
RONNIE McCLAIN #133958 ET, AL.

3.