IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTH DIVISION

2005 OCT -4  A 9: 3

RONNIE McCLAIN #133958, ET.AL       *
    PLAINTIFF[S]

VS.                                 * CIVIL ACTION NO: 2:05CV943-F

BOB RILEY, GOVERNOR, ET.AL          *
    DEFENDANT[S]


MOTION TO CERTIFY CLASS ACTION STATUS PURSUANT
TO RULE 23(A) AND 23(B)(1) FED.R.CIV.P.

   COMES NOW, RONNIE McCLAIN MOVES THIS HONORABLE COURT TO CERTIFY CLASS ACTION STATUS PURSUANT TO RULE 23(A) AND 23(B)(1) F.R.C.P WHEREAS;

1]. THE CIVIL ACTION IS FOR DECLARATORY AND INJUNCTION RELIEF IN MONETARY DAMAGES WHEREAS, THE ALABAMA DEPARTMENT OF CORRECTION PRISON SYSTEM AS A WHOLE HAS PLACED OTHER SIMILARILY SITUATED IN THE SAME SITUATION.

2]. THE DECLARATORY AND INJUNCTIVE RELIEF AND RELIEF INCIDENT AND SUBORDINATE THERETO AS WELL AS T.R.O'S FOR OTHERS HAVING TO LIVE IN UNCONSTITUTIONAL OVERCROWDING CONDITIONS CONCERNING INDIVIDUAL INSTITUTIONS WITHIN THE ALABAMA DEPARTMENT OF CORRECTIONS WHO HAS AND ARE DENYING PRISONERS THEIR BASIC HUMAN NEEDS, BY WAY OF INADEQUATE LIVING SPACE, VENTAILATION AND PERSONAL SAFETY AND SECURITY. CORRECTIONAL OFFICERS ACTING IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES TO HENDER PRISONERS SIMILARILY SITUATED FROM THEIR BASIC HUMAN NEEDS.

3]. THE CLASS SO REPRESENTED BY PLAINTIFF[S] IN THIS ACTION AND OF WHICH PLAINTIFF[S] ARE OF THEMSELVES A MEMBER, CONSIST OF (1) ALL PRISONERS INCARCERATED IN THE ALABAMA DEPARTMENT OF CORRECTIONS CURRENT AND FUTURE (2) ALL PRISONERS WHOM HAS BEEN, ARE NOW AND WILL BE DENIED THEIR BASIC HUMAN NEEDS BY ALABAMA DEPARTMENT OF CORRECTION EMPLOYEES, DENIAL SAFETY AND SECURITY DUE TO AN INADEQUATE

UNDERSTAFFED INSTITUTIONS.

4]. THE EXACT NUMBERS OF THE INDIVIDUAL CLASS AS HEREIN ABOVE INDENTIFIED AND DESCRIBED ARE NOT KNOWN, BUT THE CLASSES ARE SO NUMEROUS THAT JOINDER OF INDIVIDUAL MEMBERS HEREIN IS IMPRACTICABLE.

5]. THERE ARE COMMON QUESTIONS OF LAW AND FACTS IN THE ACTION THAT RELATES TO AND AFFECT THE RIGHTS OF EACH MEMBER OF THE CLASS AND RELIEF SOUGHT IS COMMON TO THE ENTIRE CLASS NAMELY;

(A) ALL INMATES INCARCERATED IN THE ALABAMA DEPARTMENT OF CORRECTION WHO ARE HAVING TO LIVE IN A OVERCROWDED PRISON'S

(B) ALL INMATES INCARCERATED IN THE ALABAMA DEPARTMENT OF CORRECTION WHOM DEFENDANT[S] DELIBERATE INDIFFERENCE TO THE DENIAL OF PLAINT[S] SIMILARILY SITUATE CURRENT AND FUTURE, WITH MINIMUM STANDARDS SET FORTH IN THE ORDER OF THE HONORABLE COURT WITH RESPECT TO INHUMANE CONDITIONS FOUND TO EXIST IN ALABAMA PENAL INSTITUTIONS.

6]. THE NAMED PLAINTIFF[S] ARE THE REPRESENTATIVE PARTY OF THE CLASS AND ARE ABLE TO, AND WILL FAIRLY AND ADEQUATELY PROTECT THE INTEREST OF THE CLASSES AS BEST AS THEY POSSIBLY CAN.

7]. THIS ACTION COULD BE PROPERLY MAINTAINED AS A CLASS ACTION IN AS MUCH AS THE QUESTIONS OF LAW AND FACTS TO THE MEMBERS OF THE CLASSES PREDOMINATE OVER ANY QUESTIONS AFFECTING ONLY INDIVIDUAL MEMBERS AND A CLASS ACTION IS SUPERIOR TO OTHER AVIALABLE METHODS FOR THE FAIR AND EFFICIENT ADJUDICATION OF THE CONTROVERSY.

WHEREFORE, PREMISES CONSIDERED A HEARING ON SAID MOTION IS REQUESTED ALONG WITH THE MOTION FOR PERMANENT INJUNCTION AND T.R.O TO BE CONDUCTED AT ELMORE, COUNTY CORRECTIONAL FACILITY.

EXECUTED ON THIS DAY, 3 OF OCT , 05

RONNIE McCLAIN #133958 ET.AL
P.O BOX 8 B1-132
ELMORE, AL. 36025