State of Alabama
Unified Judicial System

Form C-10
Page 1 of 2    Rev. 2/95

# AFFIDAVIT of SUBSTANTIAL HARDSHIP and ORDER

Case Number: 2:05CV943-F

IN THE __MIDDLE DISTRICT__ COURT OF __MONTGOMERY, ALABAMA__ ALABAMA
(Circuit, District or Municipal)    (Name of County or Municipality)

2005 OCT -4 A 9:36

STYLE OF CASE: __RONNIE McCLAIN ET, AL.__ v. __BOB RILEY, GOVERNOR ET, AL.__
                    Plaintiff(s)                        Defendant(s)

TYPE OF PROCEEDING: __CIVIL__   CHARGE(s) (if applicable): _____

[X] CIVIL CASE-- I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

[X] CIVIL CASE--(such as paternity, support, termination of parental rights, dependency) - I am financially unable to hire an attorney and I request that the Court appoint one for me.

[ ] CRIMINAL CASE--I am financially unable to hire an attorney and request that the Court appoint one for me.

[ ] DELINQUENCY/NEED OF SUPERVISION - I am financially unable to hire an attorney and request that the Court appoint one for my child/me.

## SECTION I.                AFFIDAVIT

**1. IDENTIFICATION**
Full Name __RONNIE McCLAIN #133058__    Date of Birth __8/13/59__
Spouse's Full Name (if married) __N/A__
Complete Home Address __P.O BOX 8 B1-132 Elmore, Al. 36025__

Number of People Living in Household __N/A__
Home Telephone No. __N/A__
Occupation/Job __N/A__    Length of Employment __N/A__
Driver's License Number __N/A__    * Social Security Number __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__
Employer __N/A__    Employer's Telephone No. __N/A__
Employer's Address __N/A__

**2. ASSISTANCE BENEFITS**
Do you or anyone residing in your household receive benefits from any of the following sources? (if so, please check those which apply.)
[ ] AFDC    [ ] Food Stamps    [ ] SSI    [ ] Medicaid    [ ] Other __XXXX__

**3. INCOME/EXPENSE STATEMENT**
Monthly Gross Income:

| | |
|---|---|
| Monthly Gross Income | $ X |
| Spouse's Monthly Gross Income (unless a marital offense) | X |
| Other Earnings: Commissions, Bonuses, Interest Income, etc. | X |
| Contributions from Other People Living in Household | X |
| Unemployment/Workmen's Compensation, Social Security, Retirement, etc. | X |
| Other Income (be specific) __XXX__ | X |
| **TOTAL MONTHLY GROSS INCOME** | $ XXX |

Monthly Expenses:
A. Living Expenses
  Rent/Mortgage                                  $ X
  Total Utilities: Gas, Electricity, Water, etc.    X
  Food                                              X
  Clothing                                          X
  Health Care/Medical                               X
  Insurance                                         X
  Car Payment(s)/Transportation Expenses            X
  Loan Payment(s)                                   X

* OPTIONAL

| Form C-10 Page 2 of 2 | Rev. 2/95 | AFFIDAVIT of SUBSTANTIAL HARDSHIP and ORDER | Case Number |

Monthly Expenses: (cont'd from page 1)
    Credit Card Payment(s)      X
    Educational/Employment Expenses      X
    Other Expenses (be specific) _____      X

    Sub-Total      A $ X

B.    Child Support Payment(s)/Alimony      $ X

    Sub-Total      B $ ____

C.    Exceptional Expenses      $ X

**TOTAL MONTHLY EXPENSES** (add subtotals from A & B monthly only)      $ 3X

Total Gross Monthly Income less total monthly expenses:
**DISPOSABLE MONTHLY INCOME**      $ X

4. **LIQUID ASSETS:**

    Cash on Hand/Bank (or otherwise available such as stocks, bonds, certificates of deposit)      $ X

    Equity in Real Estate (value of property less what you owe)      X

    Equity in Personal Property, etc. (such as the value of motor vehicles, stereo, VCR, furnishings, jewelry, tools, guns less what you owe)      X

    Other (be specific) Do you own anything else of value? ☐ Yes ☒ No
    (land, house boat, TV, stereo, jewelry)      X
    If so, describe _____

**TOTAL LIQUID ASSETS**      $ XXXXXX

5. **Affidavit/Request**

I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the Court or its authorized representative to attain records or information pertaining to my financial status from any source in order to verify information provided by me. I further understand and acknowledge that, if the Court appoints an attorney to represent me, the Court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

Sworn to and subscribed before me this
30 day of September, 19 2005

_Arthur T. Horton_
Judge/Clerk/Notary

_Ronnie McClain_ (Affiant's Signature)
RONNIE MCCLAIN
Print or Type Name

**SECTION II.**      **ORDER OF COURT**

IT IS THEREFORE, ORDERED AND ADJUDGED BY THIS COURT AS FOLLOWS:

☐ Affiant is not indigent and request is DENIED.
☐ Affiant is partially indigent and able to contribute monetarily toward his defense; therefore, defendant is ordered to pay $ _____ toward the anticipated cost of appointed counsel. Said amount is to be paid to the Clerk of Court or as otherwise ordered and disbursed as follows: _____

☐ Affiant is indigent and request is GRANTED.
☐ The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that _____, is hereby appointed as counsel to represent affiant.

IT IS FURTHER ORDERED AND ADJUDGED that the Court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the Court and paid to the appointed counsel, and costs of court.

Done this _____ day of _____, 19 ____.

_____
Judge

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                ELMORE CORRECTIONAL FACILITY


AIS #: 133958      NAME: MCCLAIN,RONNIE           AS OF: 09/27/2005

                    # OF      AVG DAILY        MONTHLY
         MONTH      DAYS      BALANCE          DEPOSITS
         ------------------------------------------------------

          SEP        3         $0.27            $0.00
          OCT       31         $0.96           $20.00
          NOV       30         $1.02           $20.00
          DEC       31         $3.70           $55.00
          JAN       31         $0.84           $20.00
          FEB       28         $0.32           $20.00
          MAR       31         $1.08           $20.00
          APR       30         $1.75           $20.00
          MAY       31         $0.50           $20.00
          JUN       30         $0.19           $20.00
          JUL       31         $1.58           $20.00
          AUG       31         $0.88           $16.00
          SEP       27         $2.35           $20.00
```

*Betty Hudson* (signature)