IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONNIE MCCLAIN, et. al., | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| v. | )   Case No.: 2:05-cv-943-F |
| | ) |
| BOB RILEY, et. al., | ) |
| | ) |
|    Defendants. | ) |

## **ORDER**

This cause is before the Court on Plaintiffs' Motion for Issuance of Permanent Injunction and Temporary Restraining Order (Doc. # 2). Upon consideration of Plaintiffs' submission, Plaintiffs' request for a temporary restraining order is hereby DENIED.[1] It is further ORDERED that this case is hereby referred to Magistrate Judge McPherson for action or recommendation on all pretrial matters.

DONE this 4th day of October, 2005.

                                            /s/ Mark E. Fuller
                                           CHIEF UNITED STATES DISTRICT JUDGE

---

[1] While Plaintiffs' motion is styled as a motion for a permanent injunction and temporary restraining order, the Court construes it as a motion for a preliminary injunction and temporary restraining order. This Order only addresses the request for a temporary restraining order, not for a preliminary injunction.