IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2005 OCT 12 A 9:56

| | |
|---|---|
| RONNIE McCLAIN#133958 et al.,<br>PLAINTIFF/PETITIONER[S] | * |
| V. | * CIVIL ACTION NO.2:05-CV-943-F |
| BOB RILEY,et al.,<br>DEFENDANT[S] | * |
| | * REQUEST EVIDENTIARY HEARING |
| | * |

## MOTION FOR RECONSIDERATION

COMES NOW,PLAINTIFF/PETITION[S]AND MOVE THIS HONORABLE COURT TO RECONSIDER JUDGE McPHERSON RECOMMENDATION THAT WAS ORDERED ON OCTOBER 5,2005 DENYING THE PLAINTIFF/PETITIONER[S]MOTION FOR SEEKING THIS HONORABLE COURT FOR ISSUANCE OF AN EMERGENCY INJUNCTION UNDER RULE 65 FEDERAL RULES OF CIVIL PROCEDURES. **SEE COURT DOC.NO 2.**ALSO,PLAINTIFF[S]/PETITIONER[S]REQUEST THIS HONORABLE JUDGE McEPHERSON TO RECONSIDER HER RECOMMENDATION DENYING THE PLAINTIFF[S]/PETITIONER[S]MOTION FOR CLASS CERTIFICATION UNDER RULE 23,FEDERAL RULES OF CIVIL PROCEDURES.**SEE COURT DOC.NO 3.** IN SUPPORT OF SAID MOTION THE PETITIONER[S]WILL OFFER THE FOLLOWING GROUNDS;

1]. THE HONORABLE JUDGE Mc PHERSON DENYING THE PLAINTIFF/PETITIONER[S] MOTION FOR PRELIMINARY INJUNCTION RELIEF.

2]. THE PLAINTIFF[S]/PETITIONER[S]IN THIS INSTANT CASE CLEARLY SUPPORTED IN THEIR MOTION FOR INJUNCTION RELIEF ALL FOUR OF THE ELEMENTS FOR RELIEF.

3]. BY DEMONSTRATING A SUBSTANTIAL LIKELIHOOD OF SUCCESS ON THE MERITS AND HAD THE HONORABLE JUDGE McPHERSON HELD AN EVIDENTIARY HEARING ON THE FIRST ISSUE OF THE PLAINTIFF[S]/PETITIONER[S] REQUEST WHICH STATED"**THE DEFENDANT[S]ARE TO BRING THE ALABAMA INSTITUTIONS DOWN TO IT'S ORIGINAL DESIGNED CAPACITY WITHIN 30 DAYS OF FILING THIS INJUNCTION.**THE PLAINTIFF[S]/PETITIONER[S] REQUEST THE HONORABLE JUDGE McPHERSON TO RECONSIDER HER RECOMMENDATION

AND LOOK CLOSELY AT THE PLAINTIFF[S]/PETITIONER[S]FIRST ISSUE THAT REQUESTED AN EMERGENCY INJUNCTION AND THAT THE PLAINTIFF[S]/PETITIONER[S]COMPLAINT AND EXHIBITS CLEARLY DEMONSTRATES"SUBSTANTIAL LIKELIHOOD OF SUCCESS ON THE MERITS"THE PLAINTIFF[S]/PETITIONER[S] AND OTHER SIMILARILY SITUATED CURRENT AND FUTURE ALABAMA STATE PRISONERS ARE SUFFERING IRREPARABLE HARM THAT REQUIRES THIS HONORABLE COURT TO HOLD AN EVIDENTIARY HEARING ON SAID ISSUE

4]. THE PLAINTIFF[S]/PETITIONER[S]REQUEST THIS HONORABLE COURT TO RECONSIDER IT'S RECOMMENDATION AND HOLD AN EVIDENTIARY HEARING ON THE PETITIONER[S]THIRD ISSUE ON SAID MOTION FOR INJUNCTION RELIEF "THE DEFENDANT[S]ARE TO PROVIDE NO LESS THEN THE PROPER SECURITY GUARDS FOR THE WELFARE AND SAFETY OF EACH ALABAMA INSTITUTIONS". THE PLAINTIFF[S]/PETITIONER[S]IN THEIR MOTION FOR EMERGENCY INJUNCTION RELIEF[CLEARLY]STATED"**SEE PRO SE PLAINTIFF[S]COMPLAINT AND EXHIBITS FOR FACTS**".HAD THE HONORABLE JUDGE McPHERSON HELD THE APPROPIATE EVIDENTIARY HEARING CONCERNING THESE FACTS SHE WOULD HAVE ACKNOWLEDGED THE PLAINTIFF[S]/PETITIONER[S]AND OTHER SIMILAR SITUATED CURRENT AND FUTURE ALABAMA STATE PRISONERS ARE SUFFERING IRREPARABLE HARM BY THE DEFENDANT[S]NOT PROVIDING THE PROPER SECURITY GUARDS FOR THE WELFARE AND SAFETY OF EACH ALABAMA INSTITUTION AND THE PUBLIC INTEREST AS WELL.

WHEREFORE,THE PLAINTIF[S]/PETITIONER[S]REQUEST THIS HONORABLE COURT TO RECONSIDER IT'S DENIAL OF THE PETITIONER[S]MOTION FOR PRELIMINARY INJUNCTION AND HOLD AN EVIDENTIARY HEARING ON THIS MOTION FOR RECONSIDERATION.

PLAINTIFF[S]/PETITIONER[S]FURTHER REQUEST THIS HONORABLE COURT TO RECONSIDER IT'S DENIAL OF THE MOTION FOR A CLASS CERTIFICATION AND THAT JUDGE mCPHERSON FAILED TO HOLD A EVIDENTIARY HEARING TO MAKE THE PROPER AND THOROUGH DETERMINATION AS TO THE ABILITY OF ANY OF THE PLAINTIFF[S]ADEQUACY TO PROPERLY REPRESENT THE CLASS INTEREST AND THAT PLAINTIFF[S]HAD MORE THAN ONE WHOSE QUALIFIED TO PROTECT THE INTEREST OF THE CLASS,IN WHICH RONNIE McCLAIN#133958 HAS EXPERIENCE AS A LAW CLERK FOR MORE THAN THREE YEARS WITHIN THE ALABAMA INSTITUTIONS AND HIS JOB HAVE REQUIRED HIM TO ASSIST OTHER INMATES IN FILING APPROPIATE AND PROPER PETITIONS IN THE STATE AND FEDERAL COURTS THAT HAVE RESULTED WITH RELIEF.

ALSO, LEON FOY#125322 HAVE OVER 26 YEARS EXPERIENCE IN LITIGATING IN THE STATE AND FEDERAL COURTS.

FOR PURPOSES OF CLASS ACTION RULE'S REQUIREMENTS THAT REPRESENTATIVE PARTIES **MUST** FAIRLY AND ADEQUATELY PROTECT THE INTERESTS OF THE CLASS, "FAIR AND ADEQUATE REPRESENTATION" REQUIRES THAT THE REPRESENTATIVES THEMSELVES BE OF A CHARACTER THAT ASSURES VIGOROUS PROSECUTION OF THE ACTION; NECESSARY PERSONAL QUALITIES OF REPRESENTATIVES INCLUDES ACTING IN THE BEST INTEREST OF THE ABSENT CLASS MEMBERS, INDEPENDENTLY EXAMINING DECISIONS OF COUNSEL, AND OTHERWISE PLAYING AN ACTIVE ROLE IN THE LITIGATION TO PROTECT THE INTEREST OF ABSENT CLASS MEMBERS. **FED.RULES CIV.PROC.RULE 23(a)(4), 28 U.S.C.A.**

THE PLAINTIFF[S]/PETITIONER[S] CONTENDS THAT THE MAGISTER JUDGE McPHERSON DENIAL NOT ONLY DEPRIVES THE NAMED PLAINTIFF[S]/PETITIONER[S] THE RIGHTS TO BRING THEIR SUIT AS A CLASS, BUT DENIED OTHER SIMILARILY SITUATED CURRENT AND FUTURE FEMALE/MALE PRISONERS IN THE STATE OF ALABAMA TO ADEQUATELY OBTAIN THE OPPORTUNITY TO CLAIM RELIEF FROM THE **UNCONSTITUTIONAL CONDITIONS OF THE ALABAMA DEPARTMENT OF CORRECTIONS**

WHEREFORE, THE PLAINTIFF[S]/PETITIONER[s] REQUEST THIS HONORABLE COURT TO RECONSIDER IT'S DENIAL OF THE PLAINTIFF[S]/PETITION[S] MOTION FOR CLASS CERTIFICATION AND HOLD AN EVIDENTIARY HEARING ON THIS MOTION FOR RECONSIDERATION.

DONE THIS 11TH DAY OF OCTOBER, 2005.

| | | |
|---|---|---|
| RONNIE McCLAIN#133958 | LEON FOY#125322 | ROY MORE#197649 |
| P.O BOX 8 B1-132 | P.O BOX 8 B1-174 | P.O BOX 8 A2-154 |
| ELMORE, AL. 36025 | ELMORE, AL. 36025 | ELMORE, AL. 36025 |

ANDRE L. WEBSTER#159444
P.O BOX 8 C2-154
ELMORE, AL. 36025

3.