IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RONNIE McCLAIN, #133958 | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-CV-943-F |
| | ) | |
| BOB RILEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

On October 12, 2005, the plaintiff filed a motion for reconsideration (Court Doc. No. 13) in which he requests that the undersigned reconsider the Recommendations entered on October 5, 2005 addressing his motion for preliminary injunction and motion for class certification. Upon consideration of the motion for reconsideration, and for good cause, it is

ORDERED that the motion for reconsideration be and is hereby DENIED.

Done this 13th day of October, 2005.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE