IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 OCT 19 A 10: 01

RONNIE McCLAIN#133958 et al.    *
    PETITIONER/PLAINTIFF

VS.    **

BOB RILEY, et al.    * CIVIL ACTION NO.2:05-CV-943-F
    RESPONDANT/DEFENDANT

MOTION FOR OBJECTION TO
MAGISTRATE JUDGE FINDING
AND RECOMMENDATION

COMES NOW, PLAINTIFF(S) RONNIE McCLAIN#133958 PURSUANT TO 28 U.S.C.A SECTION 636(B)(1) AND MOVES THIS HONORABLE COURT FOR RESUBMISSION TO MAGISTRATE JUDGE McPHERSON TO HOLD AN EVIDENTIARY HEARING TO DETERMINE BOTH FACTUAL ALLEGATIONS AND LEGAL CONCLUSIONS AND PLAINTIFF(S) MOTION FOR CLASS CERTIFICATION AND EMERGENCY INJUNCTION. IN SUPPORT OF SAID MOTION THE PLAINTIFF(S) WILL STATE THE FOLLOWING GROUNDS;

  1. THE PLAINTIFF(S)/PETITIONER(S) IN THEIR MOTION CLEARLY SUPPORTED FOR AN INJUNCTIVE RELIEF ALL FOUR ELEMENTS FOR RELIEF.

  2. BY DEMONSTRATING A SUBSTANTIAL LIKELIHOOD OF SUCCESS ON THE MERITS AND HAD THE HONORABLE JUDGE McPHERSON HELD AN EVIDENTIARY HEARING ON THE FIRST ISSUE OF THE PLAINTIFF/PETITIONER(S) REQUEST WHICH STATED "THE DEFENDANT(S) ARE TO BRING OR GET THE ALABAMA INSTITUTIONS DOWN TO IT'S ORIGINAL DESIGNED CAPACITY WITHIN 30 DAYS OF FILING THIS INJUNCTION. THE PLAINTIFF/PETITIONER(S) REQUEST THE HONORABLE JUDGE McPHERSON RECOMMENDATION TO BE OVER RULED AND LOOKED CLOSELY AT THE PLAINTIFF/ PETITIONER(S) FIRST ISSUE THAT REQUESTED AN EMERGENCY INJUNCTION AND THAT THE PLAINTIFF/ PETITIONER(S) COMPLAINT AND EXHIBITS CLEARLY DEMONSTRATES A "SUBSTANTIAL LIKELIHOOD OF SUCCESS ON THE MERITS". THE PLAINTIFF/PETITIONER(S) AND OTHER SIMILARILY SITUATED CURRENT AND FUTURE ALABAMA STATE PRISONERS ARE SUFFERING IRREPARABLE HARM THAT REQUIRES THIS HONORABLE COURT TO HOLD AN EVIDENTIARY HEARING ON THE SAID ISSUE.

4. THE PLAINTIFF/PETITIONER(S) REQUEST THIS HONORABLE COURT TO OVER RULE IT'S RECOMMENDATION AND HOLD AN EVIDENTIARY HEARING ON THE PLAINTIFF/PETITIONER(S) THIRD ISSUE ON SAID MOTION FOR INJUNCTION RELIEF"DEFENDANTS ARE TO PROVIDE NO LESS THEN THE PROPER SECURITY GUARDS FOR THE WELFARE AND SAFETY OF EACH ALABAMA INSTITUTIONS". THE PLAINTIFF/PETITIONER(S) AND THEIR MOTION FOR EMERGENCY INJUNCTION RELIEF(CLEARLY) STATED"SEE PRO SE PLAINTIFF/PETITIONER(S) COMPLAINT AND EXHIBITS FOR FACTS"..AND HAD THE HONORABLE JUDGE McPHERSON HELD THE APPROPIATE EVIDENTIARY HEARING CONCERNING THESE FACTS SHE WOULD HAVE ACKNOWLEDGED THE PLAINTIFF/PETITIONER(S) AND OTHER SIMILAR SITUATED CURRENT AND FUTURE ALABAMA STATE PRISONERS ARE SUFFERING IRREPARABLE HARM BY THE DEFENDANT(S) NOT PROVIDING THE PROPER SECURITY GUARDS FOR THE WELFARE AND SAFETY OF EACH ALABAMA INSTITUTION AND THE PUBLIC INTREST AS WELL.

WHEREFORE, THE PLAINTIFF/PETITIONER(S) REQUEST THIS HONORABLE COURT TO OVER HER RECOMMENDATION AND HOLD AN EVIDENTIARY HEARING ON THE PLAINTIFF/PETITIONER(S) MOTIONS FOR PRELIMINARY INJUNCTION AND CLASS CERTIFICATION.

DONE THIS DAY 18TH OF OCTOBER, 2005

RONNIE McCLAIN#133958
P.O BOX 8 B1-132
ELMORE, AL. 36025