IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| RONNIE McCLAIN, #133958, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:05-cv-943-F |
| | ) WO |
| BOB RILEY, *et al.,* | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objections (Doc. #15) to the Recommendations of the Magistrate Judge (Doc. # 11 & #12) filed on October 19, 2005 are overruled;

2. The Recommendations of the Magistrate Judge entered on October 5, 2005 are adopted;

3. The plaintiff's motion for preliminary injunction is DENIED.

4. The plaintiff's motion for class certification is DENIED.

5. This case is referred back to the Magistrate Judge for appropriate proceedings

DONE this 1st day of November, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE