IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA OF

NORTHERN DIVISION

RONNIE MCCLAIN, 133958 ET. AL.
       PLAINTIFF, PETITIONER,

V.                                              CASE NO: 2:05-CV-943-F

BOB RILEY, ET. AL,
   DEFENDANTS, RESPONDENTS.

FORMAL NOTICE OF APPEAL
AND
MOTION FOR CERTIFICATE OF APPEALABILITY

COMES NOW, PETITIONER, RONNIE MCCLAIN PURSUANT TO RULE 4 (C)
AND 5(A) OF THE FEDERAL RULE OF APPELLANT PROCEDURE AND HEREBY
GIVES FORMAL NOTICE OF APPEAL IN THIS CAUSE AND MOTION THIS COURT
FOR A CERTIFICATE OF APPEALABILITY FROM ORDER DENYING THE
PETITIONER MOTION FOR PRELIMINARY INJUNCTION AND THE DENIAL
OF PETITIONER'S MOTION FOR CLASS CERTIFICATION DENIED ON NOVEMBER,
1ST 2005.
                    DONE THIS 28TH DAY OF NOVEMBER 2005