IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONNIE McCLAIN, # 133958, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) CASE NO. 2:05-cv-943-F |
| | ) (WO-Not Recommended for Publication) |
| JOHN SWANGER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon consideration of the Motion for Certificate of Appealability filed by plaintiff on December 1, 2005, it is hereby

ORDERED that the motion is DENIED as moot

DONE this the 3rd day of January, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE