| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Paul Whaley_ ☐ Agent ☒ Addressee<br>B. Received by (Printed Name): Paul Whaley    C. Date of Delivery: 23 Dec 05 |
| 1. Article Addressed to:<br><br>Paul Whaley<br>Executive Director, Classific[ation]<br>Alabama Department of Corr[ections]<br>P.O. Box 301501<br>Montgomery, AL 36130<br><br>05CV943 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 0390 0000 5269 3681 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540