IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 05-16666-A

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JAN 1 0 2006
THOMAS K. KAHN
CLERK

RONNIE MCCLAIN,

                                                Plaintiff-Appellant,

versus

BOB RILEY, Individually and in his official
capacity as Governor of Alabama,
DONAL CAMPBELL, Individually and in his official
capacity as Commissioner of the Alabama Department
of Corrections,
TROY KING, Individually and in his official
capacity as the Attorney General of the State of Alabama,
WILLIAM SEGREST, Individually and in his official
capacity as the Executive Director of the Alabama
Board of Pardon & Parole,
PAUL WHALEY, Individually and in his official
capacity as the Executive Director of the Alabama
Department of Corrections Classification Division,

                                                Defendants-Appellees.

---

Appeal from the United States District Court for the
Middle District of Alabama

---

Before TJOFLAT and MARCUS, Circuit Judges.

BY THE COURT:

    This appeal is DISMISSED, sua sponte, in part, and MAY PROCEED in part. The district court's November 1, 2005, order denied McClain's motions for a preliminary injunction and for class certification. To the extent McClain seeks to appeal the denial of his motion for a preliminary injunction, his appeal

MAY PROCEED. See 28 U.S.C. § 1292(a)(1); AT&T Broadband v. Tech Communications, Inc., 381 F.3d 1309, 1314 (11th Cir. 2004); Fernandez-Roque v. Smith, 671 F.2d 426, 429 (11th Cir. 1982). However, McClain's notice of appeal does not perfect an appeal of the denial of his motion for class certification, and, to the extent he seeks to appeal that portion of the order, his appeal is DISMISSED. See Fed.R.Civ.P. 6(a), 23(f); Fed.R.App.P. 5(a); Shin v. Cobb County Bd. of Educ., 248 F.3d 1061, 1065 (11th Cir. 2001); cf. Gen. Television Arts, Inc. v. S. Ry. Co., 725 F.2d 1327, 1330 (11th Cir. 1984).

No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir.R. 40-4 and all other applicable rules.