**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF REASSIGNMENT

Re:   Ronnie McClain  v.  Bob Riley, et al.
        Civil Action No. 2:05-cv-943-MEF

The above-styled case has been reassigned to District Judge W. Keith Watkins.

Please note that the case number is now 2:05-cv-943-WKW. This new case number should be used on all future correspondence and pleadings in this action.

Case 2:05-cv-00943-WKW-WC    Document 34    Filed 01/17/2006    Page 1 of 1