IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONNIE McCLAIN, #133958 | ) |
| | ) |
| v. | )   2:05-CV-943-F |
| | ) |
| BOB RILEY, et. al., | ) |
| | ) |
| Defendants. | ) |

## ANSWER

COME NOW the Defendants, **Bob Riley, Donal Campbell, Troy King, and Paul Whaley,** by and through Troy King, Attorney General for the State of Alabama, and in accordance with this Honorable Court's Order, answer the Plaintiff's Complaint as follows:

1. Defendants deny conspiring to violate the court order issued in *Pugh v. Locke* 406 F.Supp 318, 331 (1976).

2. Defendants neither admit or deny the statements made in Paragraph 1 of the Plaintiff's Complaint.

3. Defendants deny the allegations in Paragraph 2 through 4 of the Plaintiff's Complaint.

4. Defendants neither admit or deny the statements made in Paragraphs 5 through 7 of the Plaintiff's Complaint.

5. Defendants admit the allegations in Paragraph 8 of the Plaintiff's Complaint.

6. Defendants admit that the Plaintiff is incarcerated at Elmore Correctional Facility and neither admit or deny the remaining statements made in Paragraph 9 of the Plaintiff's Complaint.

7. Defendants admit that Governor Bob Riley is the Governor of the State of Alabama, and neither admit or deny the remaining statements made in Paragraph 10 of the Plaintiff's Complaint.

8. Defendants admit that Attorney General Troy King is the Attorney General of Alabama, and neither admit or deny the remaining statements made in Paragraph 11 of the Plaintiff's Complaint.

9. Defendants admit that Donal Campbell is the Commissioner of the Alabama State Department of Corrections, and neither admit or deny the remaining statements made in Paragraph 12 of the Plaintiff's Complaint.

10. Defendants admit that William Segrest is the Executive Director of the Alabama Board of Pardons and Paroles, and neither admit or deny the remaining statements made in Paragraph 13 of the Plaintiff's Complaint.

11. Defendants admit that Paul Whatley is the Director of Classifications for the State of Alabama Department of Corrections, and neither admit or deny the remaining statements made in Paragraph 14 of the Plaintiff's Complaint.

12. Defendants admit that they were employed by the State of Alabama and while acting in their official capacities, abided by the laws of Alabama and the United States, but deny acting under the color of state law in order to deprive Plaintiff of his constitutional rights as he alleges in Paragraph 15 of the Plaintiff's Complaint.

13. Defendants neither admit or deny the statements made in Paragraph 16 of the Plaintiff's Complaint.

14. Defendants deny the allegations in Paragraphs 17 through 22 of the Plaintiff's Complaint.

15. Defendants admit the allegations in Paragraph 23 of the Plaintiff's Complaint.

16. Defendants admit the allegations contained in Paragraph 24 of the Plaintiff's Complaint, but deny responsibility for any of the changes made to the facilities "over the years" before Defendants began serving Alabama in their current official capacities.

17. Defendants deny the allegations in Paragraphs 25 through 43 of the Plaintiff's Complaint.

18. Defendants deny all material allegations not expressly admitted herein.

## AFFIRMATIVE DEFENSES

1. The Plaintiff's Complaint fails to state a claim upon which relief can be granted.

2. The Plaintiff lacks standing to bring this suit.

3. Defendants assert the defense of sovereign immunity.

4. Defendants assert the defense of qualified immunity.

5. Defendants cannot be held personally liable for a 42 U.S.C. § 1983 civil action under the theory of Respondeat Superior.

6. This Court lacks subject matter jurisdiction.

       Respectfully Submitted,

       Troy King (KIN047)
       Attorney General


       s/ *J. Matt Bledsoe*
       J. Matt Bledsoe (BLE006)
       Assistant Attorney General


ADDRESS OF COUNSEL
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 342-7443
(334) 242-2433 (fax)

**CERTIFICATE OF SERVICE**

  I hereby certify that I have on this 30th day of January, 2006, served a copy of the foregoing upon the Plaintiff, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Ronnie McClain, 133958
Elmore Correctional Facility
P.O. Box 8
Elmore, Alabama 36025

                 s/ *J. Matt Bledsoe*
                 J. Matt Bledsoe (BLE 006)
                 Assistant Attorney General