IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Ronnie McClain ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION NO: 2:05-CV-943-F |
| ) | |
| BOB RILEY, ET AL., ) | |
| ) | |
| Defendants ) | |

STATE OF ALABAMA

ELMORE COUNTY

I, Steve Watson, hereby certify and affirm that I am a Warden II at Elmore Correctional Facility, Elmore, Alabama; that I am one of the custodians of the inmate institutional records at this institution; that the attached documents are true, exact, and correct photo-copies of certain original documents maintained here in the institutional files; and that I am over the age of nineteen (19) years and am competent to testify to the aforesaid documents and matters stated therein.

I further certify and affirm that said documents are maintained in the usual and ordinary course of business at Elmore Correctional Facility; and that said documents were made at, or reasonably near the time that such acts, events, and transactions referred to therein are said to have occurred.



EXHIBIT B

This, I do hereby certify and affirm to on the 12th day of January, 2006.

*[signature]*

Warden II Steve Watson

Elmore Correctional Facility

State of Alabama

Elmore County

Sworn to and subscribed before me and under my hand and official seal this the 12th day of January, 2006.

*[signature]*

Notary Public

My commission expires: 2/-/07