# Alabama
# Department of Corrections

## September 2005
## Monthly Statistical Report

*Published by*
*Research and Planning*



EXHIBIT H

Alabama Department of Corrections
September 2005 Monthly Report
Trend Summary

| | Last Year Sep 2004 | Oct 2004 | Nov 2004 | Dec 2004 | Jan 2005 | Feb 2005 | Mar 2005 | Apr 2005 | May 2005 | Jun 2005 | Jul 2005 | Last Month Aug 2005 | This Month Sep 2005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TOTAL Population** | | | | | | | | | | | | | |
| Total | 26,473 | 26,220 | 26,632 | 27,016 | 27,255 | 27,387 | 27,487 | 27,585 | 27,732 | 27,740 | 27,885 | 27,803 | 27,687 |
| Admissions | 569 | 490 | 1,150 | 1,105 | 968 | 805 | 951 | 887 | 994 | 855 | 908 | 829 | 769 |
| Separations | 684 | 743 | 738 | 721 | 729 | 673 | 851 | 789 | 847 | 847 | 763 | 911 | 885 |
| [Paroles] | 109 | 101 | 152 | 126 | 105 | 120 | 147 | 174 | 189 | 204 | 161 | 224 | 167 |
| Paroles Y-T-D | 3,791 | 101 | 253 | 379 | 484 | 604 | 751 | 925 | 1,114 | 1,318 | 1,479 | 1,703 | 1,870 |
| Previous AL Incarcerations | 53.5% | 55.4% | 55.2% | 55.5% | 55.7% | 56.0% | 56.2% | 56.6% | 56.8% | 57.1% | 57.2% | 57.6% | 58.0% |
| Percent Personal Crimes | 53.2% | 53.5% | 52.7% | 52.0% | 51.6% | 51.4% | 51.2% | 51.1% | 50.8% | 50.8% | 50.6% | 50.5% | 50.5% |
| Percent Property Crimes | 27.1% | 27.0% | 27.4% | 27.6% | 27.8% | 27.8% | 27.8% | 27.8% | 27.9% | 27.8% | 27.7% | 27.8% | 27.9% |
| Percent Drug Crimes | 15.0% | 14.9% | 15.2% | 15.5% | 15.8% | 16.0% | 16.0% | 16.2% | 16.4% | 16.4% | 16.6% | 16.7% | 16.7% |
| **Sentencing [in months]** | | | | | | | | | | | | | |
| Parole Releases Avg Sentence | 142.4 | 152.9 | 164.5 | 166.1 | 194.5 | 175.8 | 159.0 | 167.3 | 173.5 | 138.9 | 166.9 | 189.4 | 164.0 |
| Parole Releases Avg Stay | 47.6 | 47.6 | 59.6 | 56.8 | 67.5 | 68.3 | 65.5 | 58.6 | 62.6 | 50.2 | 62.3 | 76.8 | 66.1 |
| Total Releases Avg Sentence | 73.9 | 72.0 | 78.4 | 75.4 | 88.7 | 78.7 | 79.4 | 85.8 | 91.8 | 79.1 | 79.1 | 95.2 | 76.9 |
| Total Releases Avg Stay | 34.8 | 34.2 | 34.7 | 33.8 | 40.3 | 36.9 | 38.2 | 38.6 | 41.9 | 36.6 | 37.9 | 43.5 | 36.1 |
| **MAJOR INSTITUTIONS** | | | | | | | | | | | | | |
| Avg Daily Population | 20,786 | 20,740 | 20,755 | 20,798 | 20,821 | 20,825 | 20,797 | 20,815 | 20,812 | 20,802 | 20,802 | 20,820 | 20,851 |
| Designed capacity | 10,416 | 10,416 | 10,416 | 10,416 | 10,416 | 10,416 | 10,416 | 10,416 | 10,416 | 10,416 | 10,472 | 10,472 | 10,472 |
| Occupancy Rate | 199.6% | 199.1% | 199.3% | 199.7% | 199.9% | 199.9% | 199.7% | 199.8% | 199.8% | 199.7% | 198.6% | 198.8% | 199.1% |
| Escapes | 0 | 0 | 2 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| Rate per 100 inmates | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Assaults | 67 | 69 | 73 | 69 | 70 | 80 | 69 | 52 | 53 | 92 | 70 | 73 | 67 |
| Disciplinaries | 870 | 1,080 | 954 | 987 | 927 | 848 | 868 | 862 | 1,031 | 1,063 | 981 | 1,171 | 1,014 |
| **WORK RELEASE** | | | | | | | | | | | | | |
| Avg Daily Population | 1,623 | 1,598 | 1,612 | 1,577 | 1,615 | 1,622 | 1,640 | 1,692 | 1,696 | 1,649 | 1,605 | 1,635 | 1,576 |
| Designed capacity | 1,256 | 1,256 | 1,256 | 1,139 | 1,139 | 1,256 | 1,134 | 1,134 | 1,134 | 1,134 | 1,134 | 1,134 | 1,134 |
| Occupancy Rate | 129.2% | 127.2% | 128.3% | 138.5% | 128.6% | 129.1% | 144.6% | 149.2% | 149.6% | 145.4% | 141.5% | 144.2% | 139.0% |
| Escapes | 5 | 2 | 2 | 0 | 1 | 5 | 2 | 3 | 2 | 4 | 2 | 2 | 4 |
| Rate per 100 inmates | 0.31 | 0.13 | 0.12 | 0.00 | 0.06 | 0.31 | 0.12 | 0.18 | 0.12 | 0.24 | 0.12 | 0.12 | 0.25 |
| Assaults | 4 | 0 | 1 | 3 | 1 | 1 | 2 | 0 | 1 | 2 | 4 | 6 | 0 |
| Disciplinaries | 130 | 133 | 153 | 156 | 151 | 132 | 175 | 111 | 150 | 156 | 130 | 165 | 164 |
| **WORK CENTERS/BOOT CAMP** | | | | | | | | | | | | | |
| Avg Daily Population | 1,271 | 1,240 | 1,229 | 1,384 | 1,388 | 1,376 | 1,384 | 1,394 | 1,364 | 1,371 | 1,383 | 1,392 | 1,387 |
| Designed capacity | 716 | 716 | 716 | 833 | 833 | 716 | 838 | 838 | 838 | 838 | 838 | 838 | 838 |
| Occupancy Rate | 177.5% | 173.2% | 171.6% | 166.1% | 193.9% | 192.2% | 165.2% | 166.3% | 162.8% | 163.6% | 165.0% | 166.1% | 165.5% |
| Escapes | 3 | 0 | 0 | 5 | 0 | 0 | 0 | 2 | 2 | 2 | 1 | 0 | 2 |
| Rate per 100 inmates | 0.24 | 0.00 | 0.00 | 0.36 | 0.00 | 0.00 | 0.00 | 0.14 | 0.15 | 0.15 | 0.07 | 0.00 | 0.14 |
| Assaults | 0 | 2 | 2 | 1 | 2 | 1 | 3 | 1 | 0 | 1 | 1 | 2 | 1 |
| Disciplinaries | 79 | 93 | 129 | 72 | 94 | 67 | 122 | 81 | 102 | 81 | 95 | 115 | 71 |
| **SIR Population** | | | | | | | | | | | | | |
| Absconsions | 21 | 18 | 14 | 13 | 11 | 10 | 8 | 6 | 6 | 5 | 4 | 3 | 3 |
| | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **COUNTY JAIL Population** | 1,307 | 1,148 | 1,444 | 1,645 | 1,792 | 1,885 | 2,020 | 2,080 | 2,238 | 2,311 | 2,393 | 2,275 | 2,166 |
| **DOC Personnel** | | | | | | | | | | | | | |
| Staffing level | 90.5% | 90.5% | 90.7% | 90.5% | 89.5% | 89.1% | 89.6% | 90.8% | 90.6% | 90.6% | 89.8% | 90.4% | 90.3% |
| Turnover (number of people) | 49 | 36 | 47 | 42 | 53 | 26 | 55 | 32 | 40 | 29 | 31 | 54 | 50 |
| Payroll | $10,697,632 | $16,442,122 | $10,730,963 | $11,834,826 | $11,064,247 | $10,948,621 | $10,946,391 | $16,336,609 | $10,807,559 | $10,754,987 | $10,886,238 | $10,983,519 | $10,972,571 |

**Alabama Department of Corrections**
**September 2005 Monthly Report**
**Facility Operations**

| FACILITY | Designed Capacity[1] | Current Beds | Avg Mon Population | Occupancy Rate[2] | ESCAPES Month | ESCAPES Year | DISCIPLINARY Month | DISCIPLINARY Year | ASSAULTS Month | ASSAULTS Year | PASSES Month | PASSES Year | FURLOUGHS Month | FURLOUGHS Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Holman | 584 | 830 | 836 | 143.2% | 0 | 0 | 73 | 618 | 7 | 44 | 2 | 4 | 0 | 0 |
| Death Row | 56 | 168 | 164 | 292.9% | 0 | 0 | 9 | 172 | 0 | 8 | 0 | 1 | 0 | 0 |
| Kilby | 440 | 1,417 | 1,314 | 298.6% | 0 | 0 | 39 | 462 | 3 | 34 | 0 | 11 | 0 | 0 |
| St. Clair | 984 | 1,514 | 1,519 | 154.4% | 0 | 0 | 68 | 1,390 | 2 | 76 | 2 | 19 | 0 | 0 |
| Tutwiler | 545 | 946 | 943 | 173.0% | 0 | 0 | 38 | 947 | 2 | 83 | 1 | 25 | 0 | 0 |
| Death Row | 4 | 4 | 2 | 50.0% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Donaldson | 992 | 1,738 | 1,587 | 160.0% | 0 | 0 | 108 | 1,365 | 10 | 105 | 0 | 13 | 0 | 0 |
| Death Row | 24 | 22 | 21 | 87.5% | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Max Subtotal** | **3,629** | **6,639** | **6,386** | **176.0%** | **0** | **0** | **335** | **4,958** | **24** | **350** | **5** | **73** | **0** | **0** |
| Bibb | 900 | 1,896 | 1,905 | 211.7% | 0 | 0 | 125 | 1,268 | 1 | 70 | 0 | 7 | 0 | 0 |
| Bullock | 611 | 1,318 | 1,312 | 214.7% | 0 | 1 | 70 | 652 | 8 | 106 | 0 | 22 | 0 | 1 |
| Draper | 600 | 1,232 | 1,236 | 206.0% | 0 | 0 | 69 | 573 | 8 | 47 | 3 | 27 | 0 | 0 |
| Easterling | 652 | 1,267 | 1,266 | 194.2% | 0 | 0 | 105 | 871 | 4 | 50 | 0 | 12 | 0 | 0 |
| Fountain | 632 | 1,213 | 1,214 | 192.1% | 0 | 0 | 75 | 923 | 2 | 38 | 2 | 10 | 0 | 0 |
| Limestone | 874 | 2,086 | 2,051 | 234.7% | 0 | 0 | 17 | 335 | 4 | 54 | 4 | 23 | 0 | 0 |
| Dorm 6 & 7 | (210) | (266) | (239) | 113.8% | 0 | 0 | 3 | 84 | 2 | 18 | 0 | 2 | 0 | 0 |
| Staton | 508 | 1,376 | 1,375 | 270.7% | 0 | 0 | 26 | 481 | 2 | 33 | 1 | 20 | 0 | 0 |
| Ventress | 650 | 1,650 | 1,650 | 253.8% | 0 | 0 | 53 | 486 | 7 | 39 | 0 | 2 | 0 | 0 |
| **Med Subtotal** | **5,427** | **12,038** | **12,009** | **221.3%** | **0** | **1** | **543** | **5,673** | **38** | **455** | **10** | **125** | **0** | **1** |
| Cattle Ranch | 85 | 110 | 99 | 116.5% | 0 | 1 | 2 | 8 | 0 | 0 | 0 | 0 | 0 | 0 |
| Elmore | 600 | 1,196 | 1,175 | 195.8% | 1 | 2 | 63 | 706 | 1 | 14 | 3 | 20 | 0 | 0 |
| J.O. Davis | 400 | 400 | 397 | 99.3% | 0 | 0 | 19 | 161 | 0 | 8 | 0 | 5 | 0 | 0 |
| Frank Lee | 104 | 288 | 283 | 272.1% | 0 | 2 | 28 | 134 | 1 | 5 | 1 | 10 | 0 | 0 |
| Hamilton A/I | 123 | 300 | 294 | 239.0% | 0 | 0 | 6 | 59 | 1 | 2 | 0 | 0 | 0 | 0 |
| Red Eagle | 104 | 308 | 208 | 200.0% | 0 | 0 | 18 | 87 | 1 | 3 | 1 | 5 | 0 | 0 |
| **Min Subtotal** | **1,416** | **2,602** | **2,456** | **173.4%** | **1** | **5** | **136** | **1,155** | **5** | **32** | **5** | **40** | **0** | **0** |
| Alex City | 175 | 263 | 200 | 114.3% | 1 | 4 | 14 | 167 | 0 | 0 | 73 | 966 | 5 | 100 |
| Atmore | 0 | 0 | 0 | 0.0% | 0 | 0 | 0 | 110 | 0 | 2 | 0 | 31 | 0 | 0 |
| Birmingham | 120 | 242 | 193 | 160.8% | 1 | 8 | 17 | 123 | 0 | 6 | 45 | 177 | 6 | 34 |
| Bullock | 165 | 201 | 150 | 90.9% | 0 | 3 | 16 | 166 | 0 | 4 | 34 | 252 | 1 | 13 |
| Camden | 40 | 152 | 75 | 187.5% | 0 | 1 | 10 | 142 | 0 | 1 | 62 | 907 | 1 | 56 |
| Childersburg | 135 | 180 | 152 | 112.6% | 0 | 0 | 5 | 26 | 1 | 1 | 57 | 771 | 12 | 119 |
| Decatur | 58 | 290 | 186 | 320.7% | 0 | 3 | 21 | 242 | 0 | 0 | 60 | 636 | 1 | 27 |
| Elba | 40 | 220 | 141 | 352.5% | 0 | 1 | 11 | 131 | 0 | 0 | 13 | 139 | 11 | 71 |
| Hamilton | 91 | 210 | 107 | 117.6% | 0 | 0 | 18 | 175 | 0 | 1 | 39 | 534 | 5 | 51 |
| Loxley | 175 | 462 | 258 | 147.4% | 0 | 1 | 4 | 70 | 0 | 2 | 39 | 603 | 0 | 49 |
| Mobile | 135 | 224 | 114 | 84.4% | 1 | 4 | 31 | 293 | 0 | 2 | 26 | 379 | 1 | 13 |
| Montgomery | 0 | 0 | 0 | 0.0% | 0 | 0 | 10 | 118 | 0 | 0 | 0 | 0 | 0 | 0 |
| **WR Subtotal** | **1,134** | **2,444** | **1,576** | **139.0%** | **4** | **29** | **164** | **1,776** | **0** | **21** | **448** | **5,395** | **43** | **533** |
| Alex City WC | 5 | 57 | 58 | 1160.0% | 1 | 1 | 1 | 33 | 0 | 0 | 0 | 0 | 0 | 0 |
| Atmore WC | 144 | 250 | 220 | 152.8% | 0 | 0 | 9 | 145 | 0 | 2 | 1 | 31 | 0 | 0 |
| Birmingham WC | 30 | 70 | 72 | 240.0% | 0 | 3 | 1 | 28 | 0 | 0 | 1 | 31 | 0 | 10 |
| Bullock WC | 15 | 30 | 27 | 180.0% | 0 | 0 | 5 | 46 | 0 | 0 | 0 | 0 | 0 | 0 |
| Camden WC | 15 | 30 | 30 | 200.0% | 0 | 0 | 1 | 26 | 0 | 0 | 0 | 0 | 0 | 0 |
| Childersburg WC | 64 | 250 | 247 | 385.9% | 0 | 5 | 20 | 312 | 1 | 5 | 0 | 0 | 0 | 0 |
| Decatur WC | 70 | 140 | 135 | 192.9% | 0 | 0 | 10 | 135 | 0 | 0 | 0 | 0 | 0 | 0 |
| Elba WC | 15 | 30 | 33 | 220.0% | 0 | 0 | 0 | 21 | 0 | 0 | 0 | 0 | 0 | 0 |
| Hamilton WC | 25 | 50 | 46 | 184.0% | 0 | 0 | 2 | 38 | 0 | 3 | 0 | 2 | 0 | 0 |
| Loxley WC | 120 | 100 | 88 | 73.3% | 0 | 1 | 9 | 79 | 0 | 3 | 0 | 2 | 1 | 2 |
| Mobile WC | 15 | 30 | 25 | 166.7% | 0 | 0 | 1 | 15 | 0 | 0 | 0 | 0 | 0 | 0 |
| Montgomery WC | 192 | 326 | 321 | 167.2% | 0 | 3 | 12 | 244 | 0 | 4 | 0 | 0 | 0 | 0 |
| Boot Camp | 128 | 120 | 85 | 66.4% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **W/BC Subtotal** | **838** | **1,483** | **1,387** | **165.5%** | **2** | **14** | **71** | **1122** | **1** | **17** | **2** | **66** | **1** | **1** |
| **In-House Total** | **12,444** | **25,206** | **23,814** | **191.4%** | **7** | **49** | **1,249** | **14,684** | **68** | **875** | **470** | **5,699** | **44** | **535** |

1- Original architectural design plus renovations
2- Occupancy Rate is the result of average monthly population divided by designed capacity

Alabama Department of Corrections
September 2005 Monthly Report
Work Release Program

| Fiscal Transaction | Alex City | Atmore | B'ham | Bullock | Camden | C'burg | Decatur | Elba | Hamilton | Loxley | Mobile | Montgomery | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross Salaries Earned | $174,257.87 | $0.00 | $145,544.43 | $189,393.24 | $72,668.09 | $159,488.81 | $201,100.25 | $172,783.92 | $148,832.37 | $266,172.78 | $122,205.30 | $0.00 | $1,652,447.06 |
| Federal Tax Withheld | $12,498.78 | $0.00 | $8,609.25 | $10,332.51 | $4,125.05 | $11,969.66 | $12,694.56 | $8,042.18 | $11,675.92 | $19,350.60 | $7,813.72 | $0.00 | $107,112.23 |
| State Tax Withheld | $5,114.66 | $0.00 | $4,482.57 | $4,989.70 | $2,206.17 | $4,949.40 | $5,803.63 | $4,001.21 | $4,838.67 | $8,067.74 | $3,810.57 | $0.00 | $48,264.32 |
| City Tax Withheld | $0.00 | $0.00 | $852.40 | $0.00 | $0.00 | $0.00 | $39.50 | $0.00 | $803.58 | $0.00 | $0.00 | $0.00 | $1,700.99 |
| Social Security | $9,844.10 | $0.00 | $9,222.95 | $11,293.43 | $4,549.76 | $10,334.29 | $11,255.31 | $9,167.90 | $9,562.82 | $16,603.05 | $7,624.48 | $0.00 | $99,458.09 |
| SUI | $2,143.27 | $0.00 | $1,844.83 | 2343.31 | $1,009.23 | $1,610.83 | $2,580.48 | $1,805.42 | $1,542.67 | $3,627.72 | $1,902.19 | $0.00 | $20,409.95 |
| Other Misc. Deds. | $4,053.17 | $0.00 | $2,873.62 | $7,100.74 | $1,726.44 | $6,439.25 | $4,668.74 | $7,486.44 | $2,854.32 | $9,914.16 | $1,861.08 | $0.00 | $48,977.96 |
| Total Deductions | $33,653.98 | $0.00 | $27,885.62 | $36,059.69 | $13,616.65 | $35,342.93 | $37,008.23 | $30,503.15 | $31,277.98 | $57,563.27 | $23,012.04 | $0.00 | $325,923.54 |
| Net Salaries Earned | $140,603.89 | $0.00 | $117,658.81 | $153,333.55 | $59,051.44 | $124,145.88 | $164,092.02 | $142,280.77 | $117,554.39 | $208,609.51 | $99,193.26 | $0.00 | $1,326,523.52 |
| Total Deduction Check | $33,653.98 | $0.00 | $27,885.62 | $36,059.69 | $13,616.65 | $35,342.93 | $37,008.23 | $30,503.15 | $31,277.98 | $57,563.27 | $23,012.04 | $0.00 | $325,923.54 |
| Discrepancy* | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40% Paid to ALDOC | $69,690.99 | $0.00 | $58,217.62 | $75,757.17 | $29,067.19 | $63,777.16 | $80,427.15 | $69,111.73 | $59,532.97 | $106,623.92 | $48,863.67 | $0.00 | $661,069.57 |
| Transportation Fees | $12,132.50 | $0.00 | $12,797.50 | $10,792.50 | $5,457.50 | $11,570.00 | $11,907.50 | $9,957.50 | $8,377.50 | $19,707.50 | $9,870.00 | $0.00 | $112,570.00 |
| Dependent Disbursements | $2,715.00 | $0.00 | $3,714.00 | $2,855.00 | $1,360.00 | $3,020.00 | $6,915.00 | $6,113.00 | $4,845.00 | $7,255.00 | $5,298.27 | $0.00 | $44,090.27 |
| Restitution & Civil Claims | $12,157.23 | $0.00 | $11,574.47 | $11,670.45 | $3,248.63 | $5,710.31 | $7,828.89 | $11,991.29 | $7,893.67 | $16,473.99 | $6,653.23 | $69.55 | $95,271.71 |
| Medical/Dental Payments | $1,452.00 | $325.65 | $2,284.35 | $680.67 | $142.50 | $581.20 | $329.99 | $1,001.40 | $302.75 | $2,932.85 | $3,406.10 | $0.00 | $13,439.46 |
| Misc. Bills Paid | $0.00 | $0.00 | $307.17 | $11.00 | $0.00 | $0.00 | $3,187.13 | $2,779.34 | $0.00 | $0.00 | $507.77 | $0.00 | $6,792.41 |
| Disbursed to Inmates | $29,537.00 | $4,298.30 | $29,695.52 | $23,005.00 | $19,178.89 | $34,194.00 | $65,792.99 | $50,305.92 | $40,262.69 | $15,195.00 | $25,708.83 | $12,640.00 | $349,814.14 |
| Court Ordered Child Support | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $144.00 | $0.00 | $0.00 | $0.00 | $2,115.00 | $560.00 | $0.00 | $2,819.00 |
| Medical Co-Pay Paid | $75.00 | $0.00 | $675.00 | $15.00 | $0.00 | $51.00 | $150.00 | $18.00 | $33.00 | $171.00 | $18.00 | $156.00 | $1,362.00 |
| Positive Drug Test Fees Paid | $30.00 | $55.00 | $60.00 | $60.00 | $0.00 | $150.00 | $0.00 | $60.00 | $60.00 | $180.00 | $330.00 | $60.00 | $1,045.00 |
| Replacement ID Fee Paid | $39.00 | $0.00 | $18.00 | $60.00 | $3.00 | $3.00 | $30.00 | $3.00 | $0.00 | $0.00 | $0.00 | $21.00 | $177.00 |
| Inmates Owing Restitution | 177 | 2 | 101 | 130 | 34 | 74 | 107 | 141 | 125 | 234 | 81 | 38 | 1,244 |
| Inmates Paid Restitution | 118 | 0 | 87 | 97 | 29 | 52 | 74 | 72 | 65 | 129 | 65 | 4 | 792 |
| Percent Owing that Paid | 66.7% | 0.0% | 86.1% | 74.6% | 85.3% | 70.3% | 69.2% | 51.1% | 52.0% | 55.1% | 80.2% | 10.5% | 63.7% |
| Avg Restitution Paid per Payment | $103.03 | $0.00 | $133.04 | $120.31 | $112.02 | $109.81 | $105.80 | $166.55 | $121.44 | $127.71 | $102.36 | $17.39 | $120.29 |
| Inmates Employed | 136 | 0 | 138 | 130 | 67 | 118 | 145 | 131 | 96 | 225 | 94 | 0 | 1,280 |
| Percent Inmates Employed | 76.8% | 0.0% | 67.6% | 91.5% | 88.2% | 80.8% | 89.0% | 92.9% | 88.9% | 88.9% | 87.0% | 0.0% | 84.3% |
| Average Monthly Salary | $1,281.31 | $0.00 | $1,054.67 | $1,456.87 | $1,084.60 | $1,351.60 | $1,386.90 | $1,318.96 | $1,550.34 | $1,182.99 | $1,300.06 | $0.00 | $1,290.97 |
| Comm. Status Inmates Unemp. | 1 | 0 | 48 | 12 | 33 | 20 | 11 | 4 | 2 | 0 | 10 | 0 | 141 |
| Comm. Status on Staff | 32 | 0 | 5 | 0 | 2 | 8 | 6 | 6 | 10 | 28 | 4 | 0 | 101 |

INMATE TRANSACTIONS

| | Alex City | Atmore | B'ham | Bullock | Camden | C'burg | Decatur | Elba | Hamilton | Loxley | Mobile | Montgomery | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| In W/R brought forward | 194 | 0 | 193 | 146 | 78 | 154 | 142 | 154 | 113 | 271 | 117 | 0 | 1,562 |
| New Admissions | 12 | 0 | 0 | 20 | 4 | 6 | 26 | 12 | 10 | 16 | 5 | 0 | 111 |
| Transferred In | 2 | 0 | 37 | 0 | 3 | 1 | 3 | 1 | 0 | 0 | 0 | 0 | 47 |
| Transferred Out | 14 | 0 | 4 | 2 | 2 | 2 | 0 | 1 | 1 | 7 | 0 | 0 | 33 |
| Terminated: Disciplinary | 3 | 0 | 2 | 8 | 2 | 1 | 4 | 5 | 0 | 7 | 1 | 0 | 33 |
| Terminated: Due Process | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 1 | 3 | 0 | 7 |
| Removed Medical | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Escaped | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 3 |
| Released: EOS | 5 | 0 | 9 | 11 | 2 | 8 | 1 | 8 | 6 | 12 | 5 | 0 | 67 |
| Released: Parole | 7 | 0 | 10 | 2 | 3 | 4 | 2 | 10 | 8 | 7 | 3 | 0 | 56 |
| Released: Death | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Released: To SIR | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total End-of-Month | 177 | 0 | 204 | 142 | 76 | 146 | 163 | 141 | 108 | 253 | 108 | 0 | 1,518 |
| Discrepancy* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Black Males | 122 | 0 | 0 | 102 | 56 | 108 | 99 | 90 | 68 | 167 | 78 | 0 | 890 |
| White Males | 55 | 0 | 0 | 40 | 20 | 38 | 64 | 51 | 40 | 86 | 30 | 0 | 424 |
| Black Females | 0 | 0 | 83 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 83 |
| White Females | 0 | 0 | 121 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 121 |
| Other Males | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Females | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Check Total | 177 | 0 | 204 | 142 | 76 | 146 | 163 | 141 | 108 | 253 | 108 | 0 | 1,518 |
| Discrepancy* | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

*Provided to assist each facility to report accurate information.

Alabama Department of Corrections
September 2005 Monthly Report
Supervised Intensive Restitution (SIR)

| Districts: | Decatur 1A | Decatur 1B | B'ham 2A | B'ham 2B | Mobile 3A | Mobile 3B | Montg 4A | Alex City 4B | Bullock 5A | Elba 5B | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| In program brought forward | 0 | 1 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| New Admissions | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Transferred In | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Transferred Out | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Terminated: Disciplinary | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Terminated: New Case, Nonv. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Terminated: New Case, Viol. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Terminated: Due Process | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Escaped | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Released: EOS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Released: Parole | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Deceased | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total End-of-Month | 0 | 1 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| White Males | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 2 |
| White Females | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 |
| Black Males | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Black Females | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Males | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Females | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Check Total | 0 | 1 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| Discrepancy | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Community Work: Inmates | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 2 |
| Hours Performed | 0 | 0 | 0 | 0 | 0 | 0 | 15 | 0 | 0 | 0 | 15 |
| Inmates Employed | 0 | 1 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| Ordered Restitution | 0 | 1 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| Paid Restitution | 0 | 1 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 3 |
| Amt. of Restitution | $0.00 | $100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $190.00 | $0.00 | $0.00 | $0.00 | $290.00 |
| Supv. Fees Collected: SIR | $0.00 | $75.00 | $0.00 | $0.00 | $0.00 | $0.00 | $100.00 | $0.00 | $0.00 | $0.00 | $175.00 |

September 2005 SIR, Page 4

## Alabama Department of Corrections
### September 2005 Monthly Report
### Inmate Distributions with County Jails

### POPULATION DISTRIBUTIONS

| | | |
|---|---:|---:|
| Major Institutions | 20,954 | 75.7% |
| Work Releases | 1,570 | 5.7% |
| Boot Camp/Community WC | 1,343 | 4.9% |
| SIR | 3 | 0.0% |
| PDL | 0 | 0.0% |
| County Jails | 2,166 | 7.8% |
| Other Locations | 1,651 | 6.0% |
| **Total Population** | **27,687** | |

### OTHER LOCATIONS

| | |
|---|---:|
| South Louisiana Correctional Center | 312 |
| Tallahatchee Correctional Center | 0 |
| Federal Prisons | 145 |
| Other States | 269 |
| Transient Category | 7 |
| Mental Hospitals (out of state) | 5 |
| Central Records Monitor | 46 |
| Community Corrections[1] | 867 |
| **Total Other Locations** | **1,651** |

[1] - This number does not include all community corrections inmates that are diverted from ADOC

### COUNTY DISTRIBUTIONS

| County | # | County | # |
|---|---:|---|---:|
| Autauga | 15 | Houston | 39 |
| Baldwin | 104 | Jackson | 48 |
| Barbour | 35 | Jefferson | 105 |
| Bibb | 5 | Lamar | 1 |
| Blount | 16 | Lauderdale | 17 |
| Bullock | 14 | Lawrence | 24 |
| Butler | 5 | Lee | 79 |
| Calhoun | 29 | Limestone | 47 |
| Chambers | 35 | Lowndes | 0 |
| Cherokee | 13 | Macon | 2 |
| Chilton | 38 | Madison | 132 |
| Choctaw | 2 | Marengo | 12 |
| Clarke | 22 | Marion | 17 |
| Clay | 19 | Marshall | 36 |
| Cleburne | 28 | Mobile | 64 |
| Coffee | 35 | Monroe | 5 |
| Colbert | 29 | Montgomery | 48 |
| Conecuh | 9 | Morgan | 16 |
| Coosa | 9 | Perry | 0 |
| Covington | 63 | Pickens | 15 |
| Crenshaw | 7 | Pike | 16 |
| Cullman | 35 | Randolph | 6 |
| Dale | 15 | Russell | 38 |
| Dallas | 44 | St.Clair | 38 |
| DeKalb | 25 | Shelby | 41 |
| Elmore | 30 | Sumter | 6 |
| Escambia | 32 | Talladega | 56 |
| Etowah | 22 | Tallapoosa | 35 |
| Fayette | 7 | Tuscaloosa | 22 |
| Franklin | 21 | Walker | 32 |
| Geneva | 7 | Washington | 4 |
| Greene | 1 | Wilcox | 8 |
| Hale | 1 | Winston | 12 |
| Henry | 6 | Other[1] | 367 |
| | | **Total** | **2,166** |

*(Inmate numbers include new commitments, transients, and waivers.)*
[1] - *Includes county jail workers, county jail inmates not located, inmates awaiting charges, & parole violators*

Alabama Department of Corrections
September 2005 Monthly Report
Inmate Gains & Losses-//-Leading Contributors

### GAINS & LOSSES

|  | Total Population | In House Population |
|---|---|---|
| Last Month Total | 27,803 | 23,885 |
| Receptions: | 769 | 660 |
| Released by: |  |  |
| Parole | 167 | 165 |
| Act 754 | 368 | 238 |
| Parole Reinstate | 36 | 24 |
| EOS | 286 | 236 |
| Escape | 11 | 8 |
| Death | 3 | 1 |
| Other | 14 | 6 |
| Total Released: | 885 | 678 |
| This Month Total | 27,687 | 23,867 |

### LEADING CONTRIBUTORS OF INMATES

| COUNTY | Within the On-Hand Total Population | | | | | Within New Monthly Committed | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | 1st Alabama Incarceration | Previous Ala Incarceration | Habitual Offenders | Total Contributed | Percent | 1st Alabama Incarceration | Previous Ala Incarceration | Total Contributed | Percent |
| Jefferson | 1,764 | 2,748 | 1,075 | 4,512 | 16.3% | 37 | 24 | 61 | 29.5% |
| Mobile | 1,024 | 1,547 | 530 | 2,571 | 9.3% | 7 | 3 | 10 | 4.8% |
| Montgomery | 806 | 1,233 | 843 | 2,039 | 7.4% | 1 | 0 | 1 | 0.5% |
| Tuscaloosa | 431 | 593 | 476 | 1,024 | 3.7% | 5 | 1 | 6 | 2.9% |
| Madison | 533 | 922 | 428 | 1,455 | 5.3% | 2 | 0 | 2 | 1.0% |
| Houston | 431 | 573 | 298 | 1,004 | 3.6% | 2 | 0 | 2 | 1.0% |
| Lee | 328 | 356 | 118 | 684 | 2.5% | 9 | 4 | 13 | 6.3% |
| Talladega | 344 | 392 | 307 | 736 | 2.7% | 5 | 2 | 7 | 3.4% |
| Calhoun | 344 | 478 | 378 | 822 | 3.0% | 7 | 3 | 10 | 4.8% |
| Etowah | 459 | 522 | 477 | 981 | 3.5% | 0 | 0 | 0 | 0.0% |
| Bessemer | 269 | 468 | 277 | 737 | 2.7% | 5 | 5 | 10 | 4.8% |
| Russell | 196 | 219 | 208 | 415 | 1.5% | 2 | 2 | 4 | 1.9% |
| Morgan | 349 | 394 | 281 | 743 | 2.7% | 2 | 1 | 3 | 1.4% |
| Baldwin | 331 | 376 | 154 | 707 | 2.6% | 1 | 2 | 3 | 1.4% |
| Marshall | 127 | 177 | 83 | 304 | 1.1% | 0 | 1 | 1 | 0.5% |
| Cullman | 152 | 195 | 35 | 347 | 1.3% | 0 | 1 | 1 | 0.5% |
| Dallas | 95 | 183 | 85 | 278 | 1.0% | 1 | 2 | 3 | 1.4% |
| Lauderdale | 110 | 153 | 82 | 263 | 0.9% | 4 | 5 | 9 | 4.3% |
| Colbert | 122 | 140 | 104 | 262 | 0.9% | 4 | 2 | 6 | 2.9% |
| Shelby | 167 | 213 | 132 | 380 | 1.4% | 0 | 0 | 0 | 0.0% |
| Escambia | 89 | 125 | 106 | 214 | 0.8% | 0 | 0 | 0 | 0.0% |
| Others | 3,165 | 4,044 | 1,940 | 7,209 | 26.0% | 36 | 19 | 55 | 26.6% |
| Total Population | 11,636 | 16,051 | 8,417 | 27,687 |  | 130 | 77 | 207 |  |
|  | 42.0% | 58.0% | 30.4% |  | 26.0% | 62.8% | 37.2% |  |  |

**Alabama Department of Corrections**
**September 2005 Monthly Report**
**Demographics and Sentencing**

### RACE & SEX

| | Total Population | | | | | | Habitual Offenders | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Male | | Female | | Totals | | Male | | Female | | Totals | |
| White | 10,051 | 36.3% | 1,172 | 4.2% | 11,223 | 40.5% | 2,955 | 35.1% | 279 | 3.3% | 3,234 | |
| Black | 15,636 | 56.5% | 776 | 2.8% | 16,412 | 59.3% | 4,936 | 58.6% | 240 | 2.9% | 5,176 | |
| Other | 50 | 0.2% | 2 | 0.0% | 52 | 0.2% | 7 | 0.1% | 0 | 0.0% | 7 | |
| Totals | 25,737 | 93.0% | 1,950 | 7.0% | 27,687 | | 7,898 | | 519 | | 8,417 | |

### AGES

| | Total Population | | Habitual Offender | |
|---|---|---|---|---|
| Ages 15-20 | 709 | 2.6% | 17 | 0.2% |
| Ages 21-25 | 3,960 | 14.3% | 511 | 6.1% |
| Ages 26-30 | 5,012 | 18.1% | 1,282 | 15.2% |
| Ages 31-35 | 4,264 | 15.4% | 1,484 | 17.6% |
| Ages 36-40 | 4,065 | 14.7% | 1,568 | 18.6% |
| Ages 41-45 | 3,834 | 13.8% | 1,509 | 17.9% |
| Ages 46-50 | 2,829 | 10.2% | 1,108 | 13.2% |
| Ages 51-60 | 2,305 | 8.3% | 773 | 9.2% |
| Ages 60+ | 709 | 2.6% | 165 | 2.0% |
| Totals | 27,687 | | 8,417 | |

### Population by Custody Level

| | | |
|---|---|---|
| Maximum | 289 | 1.0% |
| Close | 186 | 0.7% |
| Medium | 14,598 | 52.7% |
| Minimum | 7,088 | 25.6% |
| Trusty | 0 | 0.0% |
| Community | 1,466 | 5.3% |
| Quarantine | 462 | 1.7% |
| On-the-Way | 2,758 | 10.0% |
| RCES | 43 | 0.2% |
| RCPV | 143 | 0.5% |
| Others | 654 | 2.4% |
| Total | 27,687 | |

### Sentence by Type of Crime: TOTAL POPULATION

| Sentence Length | Personal | Property | Drugs | Other | Total | Percent |
|---|---|---|---|---|---|---|
| Up to 2 yrs | 297 | 919 | 897 | 381 | 2,494 | 9.0% |
| Between 2 and 5 yrs | 825 | 1,155 | 1,031 | 452 | 3,463 | 12.5% |
| 5 years | 627 | 586 | 362 | 138 | 1,713 | 6.2% |
| Between 5 & 10 yrs | 110 | 244 | 246 | 140 | 740 | 2.7% |
| 10 years | 717 | 938 | 559 | 150 | 2,364 | 8.5% |
| Between 10 & 15 yrs | 136 | 124 | 149 | 10 | 419 | 1.5% |
| 15 years | 1,014 | 1,487 | 548 | 48 | 3,097 | 11.2% |
| From 15 to 20 yrs | 375 | 355 | 93 | 7 | 830 | 3.0% |
| 20 years | 2,242 | 725 | 240 | 18 | 3,225 | 11.6% |
| From 20 to 25 yrs | 590 | 178 | 39 | 6 | 813 | 2.9% |
| From 25 to 35 yrs | 1,918 | 451 | 206 | 11 | 2,586 | 9.3% |
| Over 35 years | 747 | 97 | 42 | 3 | 889 | 3.2% |
| Life | 2,871 | 423 | 179 | 8 | 3,481 | 12.6% |
| Life/Barred Parole | 5 | 0 | 0 | 0 | 5 | 0.0% |
| Life without Parole | 1,315 | 38 | 26 | 0 | 1,379 | 5.0% |
| Death | 189 | 0 | 0 | 0 | 189 | 0.7% |
| Total | 13,978 | 7,720 | 4,617 | 1,372 | 27,687 | |
| | 50.5% | 27.9% | 16.7% | 5.0% | | |

### Sentence by Type of Crime: HABITUAL OFFENDERS

| | Personal | Property | Drugs | Other | Total | Percent |
|---|---|---|---|---|---|---|
| Up to 2 years | 42 | 225 | 201 | 23 | 491 | 5.8% |
| Between 2 and 5 yrs | 105 | 383 | 213 | 23 | 724 | 8.6% |
| 5 years | 100 | 166 | 84 | 8 | 358 | 4.3% |
| Between 5 and 10 yrs | 10 | 46 | 36 | 8 | 100 | 1.2% |
| 10 years | 118 | 270 | 159 | 25 | 572 | 6.8% |
| Between 10 & 15 yrs | 22 | 55 | 33 | 3 | 113 | 1.3% |
| From 15 to 20 yrs | 347 | 1114 | 307 | 41 | 1,809 | 21.5% |
| From 20 to 25 yrs | 545 | 600 | 132 | 20 | 1297 | 15.4% |
| From 25 to 35 yrs | 387 | 290 | 110 | 9 | 796 | 9.5% |
| Over 35 years | 163 | 60 | 25 | 2 | 250 | 3.0% |
| Life | 926 | 309 | 92 | 11 | 1338 | 15.9% |
| Life/Barred from Parole | 3 | 0 | 0 | 0 | 3 | 0.0% |
| Life without Parole | 523 | 23 | 15 | 0 | 561 | 6.7% |
| Death | 5 | 0 | 0 | 0 | 5 | 0.1% |
| Total Hab Offenders | 3,296 | 3,541 | 1,407 | 173 | 8,417 | |
| | 39.2% | 42.1% | 16.7% | 2.1% | | |
| % Habitual of Total Pop: | 30.4% | | | | | |

### LWOP Inmate Population by Custody Level

| INSTITUTION | Max | Close | Medium | Quar | Totals |
|---|---|---|---|---|---|
| Bullock | 0 | 0 | 0 | 0 | 0 |
| CRO Monitor | 0 | 0 | 2 | 0 | 2 |
| Donaldson | 1 | 19 | 426 | 0 | 446 |
| Easterling | 0 | 0 | 0 | 0 | 0 |
| Fountain | 0 | 0 | 0 | 0 | 0 |
| Hamilton A&I | 0 | 0 | 1 | 0 | 1 |
| Holman | 5 | 8 | 370 | 0 | 383 |
| Kilby | 0 | 12 | 2 | 2 | 16 |
| Limestone | 0 | 0 | 0 | 0 | 0 |
| Limestone-777 | 0 | 1 | 7 | 0 | 8 |
| St. Clair | 4 | 9 | 465 | 0 | 478 |
| Tutwiler | 0 | 1 | 34 | 0 | 35 |
| Total | 10 | 50 | 1,307 | 2 | 1,369 |

* Does not include 4 Fed'l prison, 1 mental hospitals (out of state), 5 OTW, 0 Kilby hospital.

**Alabama Department of Corrections**
**September 2005 Monthly Report**
**Industry & Agricultural Operations**

## INDUSTRY OPERATIONS

| Activity | Unit Output | Average Inmates |
|---|---|---|
| Box Plant | 0 | 11 |
| Bibb Furniture | 98 | 25 |
| Chair Plant | 489 | 27 |
| Chemical Plant | 121,653 | 24 |
| Clothing Plant | 21,858 | 90 |
| Construction/Remodeling | 5 | 99 |
| Data | 4,389,697 | 6 |
| Decatur Sports Equiptment | 0 | 0 |
| Draper Furniture | 67 | 62 |
| Furniture Restoration | 256 | 44 |
| Mattress Plant | 200 | 5 |
| Met Fab Plant | 295 | 35 |
| Modular Plant | 85 | 33 |
| Paint Plant | 326 | 7 |
| Printing Plant | 4,404,791 | 107 |
| Tag Plant | 91,767 | 54 |
| **Total** | **9,031,587** | **629** |

### Fleet Services

| | | |
|---|---|---|
| Draper* | 0 | 0 |
| Fountain | 64 | 17 |
| St. Clair | 49 | 27 |
| **Total** | **113** | **44** |

| Warehouse Services | 474 | 22 |
|---|---|---|

(* No report submitted by Draper Fleet)

## AGRICULTURE ACTIVITIES

| Facility | Cultivated Acres | Pounds Harvested | Average Inmates Employed |
|---|---|---|---|
| Draper | 1,583 | 1,394,515 | 350 |
| Fountain | 3,457 | 496,650 | 27 |
| Red Eagle | 1,655 | 1,154,770 | 12 |
| Cattle Ranch | 2,600 | 223,470 | 43 |
| Limestone | 960 | 998,543 | 17 |
| Elmore | 0 | 0 | 0 |
| Staton | 0 | 0 | 0 |
| **TOTAL** | **10,255** | **4,267,948** | **449** |

### LIVESTOCK

| | | | |
|---|---|---|---|
| Swine | ...... | 25 | ...... |
| Horses | ...... | 116 | ...... |
| Cattle | ...... | 2,108 | ...... |

### Correctional Industries Totals

| | |
|---|---|
| Units Produced (Output) | 9,032,174 |
| Average Inmates Employed: | 1,144 |
| Sales | $603,446 |

**Alabama Department of Corrections**
**September 2005 Monthly Report**
**Personnel Turnover By Pay Period**

| ACTIVITY | Correctional Staff Losses | | | Total Staff Losses | | |
|---|---|---|---|---|---|---|
| | 1st PayPd | 2nd PayPd | MonTotal | 1st PayPd | 2nd PayPd | MonTotal |
| Administrative & Training | 0 | 0 | 0 | 0 | 0 | 0 |
| Work Release Centers | 2 | 1 | 3 | 3 | 2 | 5 |
| **INSTITUTIONS** | | | | | | |
| Bibb | 2 | 2 | 4 | 2 | 3 | 5 |
| Bullock | 1 | 2 | 3 | 1 | 2 | 3 |
| Cattle Ranch | 0 | 0 | 0 | 0 | 0 | 0 |
| JO Davis (Combined w/Fountain) | 0 | 0 | 0 | 0 | 0 | 0 |
| Donaldson | 1 | 1 | 2 | 1 | 1 | 2 |
| Draper | 0 | 3 | 3 | 0 | 3 | 3 |
| Easterling | 0 | 4 | 4 | 0 | 4 | 4 |
| Elmore | 2 | 1 | 3 | 2 | 1 | 3 |
| Fountain CF/ATU | 1 | 0 | 1 | 2 | 1 | 3 |
| Frank Lee | 0 | 0 | 0 | 0 | 0 | 0 |
| Hamilton A&I | 0 | 0 | 0 | 0 | 0 | 0 |
| Holman | 0 | 1 | 1 | 0 | 3 | 3 |
| Kilby | 1 | 1 | 2 | 1 | 1 | 2 |
| Limestone CF/ATU | 0 | 3 | 3 | 1 | 4 | 5 |
| Red Eagle | 0 | 1 | 1 | 0 | 2 | 2 |
| St. Clair | 1 | 2 | 3 | 1 | 3 | 4 |
| Staton | 0 | 0 | 0 | 0 | 0 | 0 |
| Tutwiler | 0 | 2 | 2 | 0 | 3 | 3 |
| Ventress | 0 | 1 | 1 | 0 | 2 | 2 |
| **WORK CENTERS** | | | | | | |
| Childersburg WC/WR/BC | 0 | 0 | 0 | 0 | 1 | 1 |
| Loxley WC/WR | 0 | 0 | 0 | 0 | 0 | 0 |
| **TOTALS** | **11** | **25** | **36** | **14** | **36** | **50** |
| | | Check | 36 | | | 50 |

Alabama Department of Corrections
September 2005 Monthly Report
Personnel Staffing

| Facility | Correctional Staff Auth | Correctional Staff Actual | Corr Losses Month | Corr Losses Y-T-D | YTD Turnover | Ratio Inmate:CO | Total Personnel Auth | Total Personnel Actual | Total Pers Losses Month | Total Pers Losses Y-T-D | YTD Turnover | Staffing Levels |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Administrative & Training | 54 | 47 | 0 | 3 | 6.4% | 0.0 | 431 | 368 | 0 | 53 | 14.4% | 85.4% |
| *Work Release Centers | 199 | 187 | 3 | 23 | 12.3% | 6.6 | 269 | 245 | 5 | 39 | 15.9% | 91.1% |
| **INSTITUTIONS** | | | | | | | | | | | | |
| Bibb | 183 | 174 | 4 | 29 | 16.7% | 10.9 | 243 | 220 | 5 | 38 | 17.3% | 90.5% |
| Bullock | 176 | 149 | 3 | 18 | 12.1% | 8.8 | 220 | 188 | 3 | 24 | 12.8% | 85.5% |
| Cattle Ranch | 9 | 8 | 0 | 1 | 12.5% | 12.4 | 11 | 10 | 0 | 1 | 10.0% | 90.9% |
| JO Davis (in Fountain's) | 0 | 0 | 0 | 0 | 0.0% | 0.0 | 0 | 0 | 0 | 0 | 0.0% | 0.0% |
| Donaldson | 243 | 229 | 2 | 36 | 15.7% | 7.0 | 292 | 268 | 2 | 41 | 15.3% | 91.8% |
| Draper | 182 | 157 | 3 | 22 | 14.0% | 7.9 | 217 | 191 | 3 | 26 | 13.6% | 88.0% |
| Easterling | 163 | 151 | 4 | 16 | 10.6% | 8.4 | 203 | 186 | 4 | 20 | 10.8% | 91.6% |
| Elmore | 85 | 79 | 3 | 17 | 21.5% | 14.9 | 128 | 118 | 3 | 17 | 14.4% | 92.2% |
| Fountain | 156 | 142 | 1 | 25 | 17.6% | 11.3 | 199 | 178 | 3 | 34 | 19.1% | 89.4% |
| Frank Lee | 35 | 34 | 0 | 4 | 11.8% | 8.3 | 47 | 45 | 0 | 7 | 15.6% | 95.7% |
| Hamilton A&I | 34 | 34 | 0 | 2 | 5.9% | 8.6 | 44 | 43 | 0 | 4 | 9.3% | 97.7% |
| Holman | 186 | 146 | 1 | 16 | 11.0% | 6.8 | 209 | 167 | 3 | 20 | 12.0% | 79.9% |
| Kilby | 174 | 167 | 2 | 21 | 12.6% | 7.9 | 227 | 219 | 2 | 23 | 10.5% | 96.5% |
| Limestone | 256 | 253 | 3 | 20 | 7.9% | 8.1 | 312 | 295 | 5 | 32 | 10.8% | 94.6% |
| Red Eagle | 27 | 26 | 1 | 6 | 23.1% | 8.0 | 38 | 36 | 2 | 9 | 25.0% | 94.7% |
| St. Clair | 268 | 255 | 3 | 21 | 8.2% | 6.0 | 315 | 297 | 4 | 32 | 10.8% | 94.3% |
| Staton | 139 | 123 | 0 | 13 | 10.6% | 11.2 | 175 | 158 | 0 | 20 | 12.7% | 90.3% |
| Tutwiler | 127 | 105 | 2 | 24 | 22.9% | 9.0 | 176 | 150 | 3 | 32 | 21.3% | 85.2% |
| Ventress | 159 | 154 | 1 | 4 | 2.6% | 10.7 | 212 | 199 | 2 | 8 | 4.0% | 93.9% |
| **WORK CENTERS** | | | | | | | | | | | | |
| Childersburg WR/WC/BC | 44 | 41 | 0 | 3 | 7.3% | 10.5 | 56 | 53 | 1 | 4 | 7.5% | 94.6% |
| Loxley WR/WC | 29 | 25 | 0 | 8 | 32.0% | 13.7 | 39 | 35 | 0 | 11 | 31.4% | 89.7% |
| **TOTALS** | 2,928 | 2,686 | 36 | 332 | 12.4% | 8.9 | 4,063 | 3,669 | 50 | 495 | 13.5% | 90.3% |

*Contains all WR's except C'burg & Loxley, which are included in work centers

September 2005 Personnel Staffing, Page 10