IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONNIE McCLAIN, #133958 | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-943-WKW |
| | ) |
| BOB RILEY, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon review of the docket in this case, and as defendant Segrest has not yet filed an answer to the complaint but merely submitted a special report, it is

ORDERED that on or before February 10, 2006 defendant Segrest shall file a separate document captioned as an answer in response to the complaint.

DONE this 1st day of February, 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE