IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**RONNIE McCLAIN, AIS# 133958**
    **Plaintiff,**

        Vs.                                Case #2:05-CV-943-F

**BOB RILEY, et al.,**
    **Defendants.**

**ANSWER IN RESPONSE TO THE COMPLAINT**

Comes now William Segrest, Executive Director of the Alabama Board of Pardons and Paroles, named as a Defendant, in accordance with this Honorable Court's Order and in answer to the Plaintiff's Complaint:

1. Defendant denies conspiring with other defendant's to violate the court's mandate in *Pugh v. Locke, 406 F.Supp. 318.*

2. Defendant neither admits nor denies the statements made in Paragraph 1 of the Plaintiff's Complaint.

3. Defendant neither admits nor denies the allegations made in Paragraph 2 through 4 of the Plaintiff's Complaint.

4. Defendant neither admits nor denies statements made in Paragraphs 5 through 7 of Plaintiff's Complaint.

5. Defendant admits the allegation in Paragraph 8 of Plaintiff's Complaint.

6. Defendant admits that the Plaintiff is incarcerated at Elmore Correctional Facility and neither admits nor denies the remaining statements in Paragraph 9 of Plaintiff's Complaint.

7. Defendant admits that Governor Bob Riley is the Governor of Alabama, and neither admits nor denies the remaining statements made in Paragraph 10 of Plaintiff's Complaint.

8. Defendant admits that Attorney General Troy King is the Attorney General of Alabama, and neither admits or denies the remaining statements made in Paragraph 11 of Plaintiff's Complaint.

9. Defendant admits the Donal Campbell is the Commission of the Alabama State Department of Corrections, and neither admits nor denies the remaining statements of Paragraph 12 of Plaintiff's Complaint.

10. Defendant admits that William Segrest is the Executive Director of the Alabama Board of Pardons and Paroles, and neither admits nor denies the remaining statements of Paragraph 13 of Plaintiff's Complaint.

11. Defendant admits that Paul Whatley is the Director of Classification for the State of Alabama Department of Corrections, and neither admits nor denies the remaining statements in Paragraph 14 of Plaintiff's Complaint.

12. Defendant admits the he was employed by the State of Alabama and while acting in his official capacity, abided by the laws of Alabama and the United States, but denies acting under the color of state law in order to deprive Plaintiff of his constitutional rights as he

alleged in Paragraph 15 of the Plaintiff's Complaint.

13. Defendant neither admits nor denies the statements made in Paragraph 16 of Plaintiff's Complaint.

14. Defendant denies the allegations in Paragraph 17 through 22 of Plaintiff's Complaint.

15. Defendant neither admits nor denies the allegation in Paragraph 23 of Plaintiff's Complaint.

16. Defendant neither admits nor denies the allegation in Paragraph 24 of Plaintiff's Complaint.

17. Defendant neither admits nor denies the allegations in Paragraph 25 through 38 of Plaintiff's Complaint.

18. Defendant denies allegations in Paragraph 39 of Plaintiff's Complaint.

19. Defendant neither admits nor denies the allegations in Paragraph 40 through 43 of Plaintiff's Complaint.

20. Defendant denies all material allegations not expressly admitted herein.

## AFFIRMATIVE DEFENSES

1. The Plaintiff's Complaint fails to state a claim upon which relief may be granted (Rule 12(b)(6), Fed.R.Civ.Proc.).

2. Plaintiff lacks standing to bring this suit.

3. Defendant asserts the defense of state-agent-immunity.

4. Defendant asserts the defense of qualified immunity.

5. Defendant cannot be held personally liable for a 42 U.S.C., Sec. 1983 civil action under the theory of Respondeat Superior.

6. This Court lacks subject matter jurisdiction for lack of a justiciable controversy.

                        Respectfully submitted,

                        TROY KING
                        ATTORNEY GENERAL

                        GREG GRIFFIN
                        CHIEF COUNSEL

```
s/STEVEN M. SIRMON
ASSISTANT ATTORNEY GENERAL
State Bar#: ASB-5949-S61S
Ala. Bd. Pardons and Paroles
P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
Fax: (334) 353-4423
Steven.Sirmon@paroles.alabama.gov
```

```
s/HUGH DAVIS
DEPUTY ATTORNEY GENERAL
State Bar#:  ASB-4358-D63F
Ala. Bd. Pardons and Paroles
301 South Ripley Street
P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
Hugh.davis@paroles.alabama.gov
```

**CERTIFICATE OF SERVICE**

I hereby certify that on 10 February 2006, I electronically filed the foregoing with the clerk of the court using the CM/ECF system which will send notification of such filing to the following: Troy King, Bob Riley, Donal Campbell and Paul Whaley, and I hereby certify that I have mailed by United Stated Postal Service the document to the following non-CM/ECF participants:

| | |
|---|---|
| Leon Foy, #125322<br>PO Box 8 B1-174<br>Elmore, Alabama 36025 | Ronnie McClain, #133958<br>PO Box 8 B1-132<br>Elmore, Alabama 36025 |
| Andre L. Webster, #159444<br>PO Box 8 C2-152<br>Elmore, Alabama 36025 | Roy More, #197649<br>PO Box 8 A2-15<br>Elmore, Alabama 36025 |

Done this 10th day of February 2006.

Respectfully submitted,

s/STEVEN M. SIRMON
ASSISTANT ATTORNEY GENERAL
State Bar#: ASB-5949-S61S
Ala. Bd. Pardons & Paroles
P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
Fax: (334) 353-4423
Steven.Sirmon@paroles.alabama.gov