IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RONNIE MCCLAIN #133958
   PETITIONER

V.

BOB RILEY ET AL.,
   DEFENDANTS.

CASE NO: 2:05-CV-943-WKW

RECEIVED
2006 FEB 23 A 10: 2b

## MOTION FOR EXTENTION OF TIME

COMES NOW, THE PLAINTIFF RONNIE MCCLAIN #133958 AND MOVE THIS HONORABLE COURT PURSUANT TO RULE 26 ALABAMA RULES OF APPELLATE PROCEDURES AND RESPECTFULLY REQUEST THIS HONORABLE COURT FOR EXTENTION OF TIME TO COMPLY WITH THIS COURT ORDER ON FEBRUARY 1, 2006 IN SUPPORT OF SAID MOTION THE PLAINTIFF WILL STATE AS FOLLOWS,

1). DUE TO THE EXTREMELY OVERCROWDING CONDITIONS HERE AT ELMORE CORRECTIONAL FACILITY THE PLAINTIFF AND OTHER INMATES ARE HAVING EXTREME DIFFICULTY TO OBTAIN THE PROPER HOURS IN THE LAW LIBRARY DUE TO THE SEATING CAPACITY ELMORE LAW LIBRARY ONLY HOLDS EIGHT INDIVIDUALS AT A TIME

2). THE PLAINTIFF HAVE AN INSTITUTIONAL JOB ASSIGNMENT THE REQUIRES HIM TO BE ON ALL DAY AND A HUGE POTION OF THE PLAINTIFF'S EVENINGS AS WELL.

WHEREFORE THE PLAINTIFF RESPECTFULLY REQUEST THIS HONORABLE COURT TO GRANT HIS MOTION OF EXTENTION OF TIME TO ALLOW HIM TO PROPERLY TO RESPOND TO THIS COURTS ORDER FEBRUARY 1, 2006.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT I HAVE SERVED A TRUE AND CORRECT COPY OF THE FOREGOING UPON.

STEVEN M. SIRMON
ASSISTANT ATTORNEY GENERAL
ALA Bd PARDONS & PAROLES
P.O BOX 302405
MONTGOMERY, AL. 36130

J. MATT BLEDSOE
ASSISTANT ATTORNEY GENERAL
11 SOUTH UNION STREET
MONTGOMERY, AL. 36130

BY PLACING THE SAID COPY IN THE U.S MAIL POSTAGE PREPAID AND PROPERLY ADDRESSED ON THIS 15TH DAY OF FEBRUARY 2006

RESPECTFULLY SUBMITTED

RONNIE MCCLAIN # 133958
P.O BOX B B1-132
ELMORE, AL. 36025