IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 05-16666-A

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

FEB 2 3 2006

THOMAS K. KAHN
CLERK

RONNIE MCCLAIN,

Plaintiff-Appellant,

versus

BOB RILEY, Individually and in his official
capacity as Governor of Alabama,
DONAL CAMPBELL, Individually and in his official
capacity as Commissioner of the Alabama Department
of Corrections, et al.,

Defendants-Appellees.

Appeal from the United States District Court for the
Middle District Of Alabama

ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R.42-1(b), this appeal is hereby dismissed for want of prosecution because the appellant has failed to file a motion for leave to proceed on appeal within the time fixed by the rules, effective this 23rd day of February, 2006.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By: Deborah Owens
Deputy Clerk

FOR THE COURT - BY DIRECTION

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit

By: Owens
Deputy Clerk
Atlanta, Georgia

ORD-40