RECEIVED

2006 MAR 10  A 10: 29

In the district court of the united state
for the middle district of alabama
Northern division

RONNIE McCLAIN#133958
    PLAINTIFF,

V.                                         CASE NO;2:05-CV-943-F

BOB RILEY,et al.,
    DEFENDANTS

ANSWER IN RESPONSE TO THE COMPLAINT OF WILLIAM SEGREST

COME NOW THE PLAINTIFF IN THE ABOVE STYLED CAUSE SUBMITT THIS RESPONSE TO THE ACTION DIRECTED BY WILLIAM SEGREST. THE DEFENDANT SEGREST HAS LISTED TWENTY STATEMENTS REGARDING THE PLAINTIFF"s COMPLAINT. THE ANSWER SUBMITTED BY THE DEFENDANT IS AN ATTEMPT CIRCUMVENT THESE PROCEDEINGS ,THE DEFENDANT WILLIAM SEGREST HAS FAILED TO ADDRESS ANY OF THE CLAIMS SUBMITTED BY THE PLAINTIFF. THE DEFENDANTS IS NOT IMMUNE FROM COMPLYING WITH THE COURT ORDER AS STATEMENT HEREIN PUGH V.LOCKE,406 F.SUPP.318

CONCLUSION

WHEREFORE,THE PLAINTIFF REQUEST THAT THIS HONORABLE COURT WILL REVIEW THIS MATTER COMPLAINED OF AND PROCEED WITH THE NORMAL JUDICIAL PROCEEDINGS AND SET THIS MATTER FOR A HEARING.

RESPECTFULLY SUBMITTED,

RONNIE McCLAIN#133958

CERTIFICATE OF SERVICE
===

I HEREBY CERTIFY THAT I HAVE SERVED A TRUE AND CORRECT COPY OF THE FOREGOING UPON THE DEFENDANT'S BY FIRST CLASS MAIL ON THIS THE _8TH_ DAY OF _MARCH_ 2006

J. MATT BLEDSOE
ASSISTANT ATTORNEY GENERAL
OFFICE OF THE ATTORNEY GENERAL
11 SOUTH UNION STREET
MONTGOMERY, AL. 36130

STEVEN M. SIRMON
ASSISTANT ATTORNEY GENERAL
ALa.Bd.PAROLE & PARDONS
P.O BOX 302405
MONTGOMERY, AL. 36130

RESPECTFULLY SUBMITTED

_RONNIE McCLAIN #133958_
P.O BOX 8 B1-132
ELMORE, AL. 36025

15.