IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 MAR 10 A 10: 28

RONNIE McCLAIN #133958
    PLAINTIFF,

V.                         CASE NO: 2:05-CV-943

BOB RILEY, et al,.
    DFEENDANTS

AFFIDAVIT

STATE OF ALABAMA

ELMORE, COUNTY

BEFORE ME, THE UNDERSIGNED AUTHORITY A NOTARY PUBLIC IN AND FOR SAID COUNTY AND STATE OF ALABAMA AT LARGE PERSONALLY APPEARED RONNIE McCLAIN #133958 WHO BEING KNOWN TO ME AND BEING BY ME FIRST DULY SWORN DEPOSES AND SAYS ON OATH AS FOLLOWS;

1. THE PLAINTIFF HEREBY ADOPTS ALL CLAIMS AND ARGUMENTS THAT WERE SUBMITTED IN THE ORIGINAL COMPLAINT.

2. THE PLAINTIFF SUBMITTS THIS AFFIDAVIT IN SUPPORT OF THE ANSWER TO DEFENDANT WILLIAM SEGREST RESPONSE TO THE COMPLAINT.

3. PLAINTIFF AVERS THAT SEGREST FAILED TO ANSWER ANY OF THE CLAIM SUBMITTED BY THE PLAINTIFF.

4. PLAINTIFF AVERS THAT DEFENDANTS SEGREST IS NOT IMMUNE FROM THIS CIVIL ACTION. PUGH V. LOCKE.

                                            RESPECTFULLY SUBMITTED

                                            Ronnie McClain

_____
RONNIE McCLAIN#133958

STATE OF ALABAMA

ELMORE COUNTY

SWORN TO AND SUBSCRIBES BEFORE ME AND GIVEN UNDER MY HAND AND OFFICIAL SEAL THIS THE- 8th DAY OF March, 06

_____   _____
NOTARY PUBLIC                MY COMMISSION EXPIRES: