IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

Ronnie McClain #133958,

Plaintiff

  -Vs-     Case No.2:05-CV-943

Bob Riley,et.al.,

Defendant

---

### Affidavit of Plaintiff

Before me,The Undersigned Notary Public,In and for the State of Alabama,Appear-
ed,One,Ronnie McClain,And after being duly Sworn,Deposes and States the following:

1.) The Plaintiff hereby adopts all claims and arguments that were submitted in the
Original Complaint.

2.) The Plaintiff submits this Affidavit in support of the Answer to Defendant,Bob
Riley,et.al. Response to the Complaint.

3.) The Plaintiff avers that Bob Riley,et.al.,Failed to answer any *OF THE* claim sub-
mitted by the Plaintiff.

4.) The Plaintiff avers that defendant Bob Riley,et.al.,Is not Immune from this
civil action.See;Pugh v.Locke,supra.

            _Ronnie McClain,Pro/Se_

Notary

Sworn to and subscribed to before me and given under my hand and official seal
this the 8th day of March, 2006.

Notary Public

my comm. expires: Apr 5, 2008

*Governor's gravest concern remains the number of inmates per corrections officer.*



NEWS STAFF/TAMIKA MOORE

Gov. Bob Riley, foreground, and Prison Commissioner Donal Campbell look over the inmate area at Staton Prison. The inmates are housed in a sheetmetal building that once was a canning factory.

# Riley visits 4 prisons on tour

**By CARLA CROWDER**
*News staff writer*

WETUMPKA — It was likely the only time in his troubled life he'd meet a dignitary, and prisoner Clarence Purnell had spaghetti sauce all over his hand as Gov. Bob Riley reached for a handshake.

Alabama doesn't buy napkins for convicts, so Purnell wiped his hand on his white pants, and proceeded to answer the governor's questions with only minor profanity.

"This is a dog and pony show," Purnell told the governor.

Yet Riley stuck around a few more minutes in Draper's dining hall. He ate prison spaghetti with a plastic prison spoon and seemed to convince several men, maybe even Purnell, that he was genuinely interested in their grim situations.

This suppertime stop at Draper Prison was one of four prison visits for Riley on Monday, part of his ongoing tour of Alabama's prison system.

All afternoon, in typical Riley fashion, he shook dozens of hands, slapped folks on the back and leaned in to listen to convicts concerns as if they were the most important people on earth. He asked prisoners about their children, their jobs, their drug habits. He loosened his tie, sweated through his light-blue shirt and thanked employees for their dedication in such harsh places.

➤ See **Riley**, Page 6B

# RILEY:
## Prisoners happy to see governor

▶ From Page 1B

"We've got to do something about the number of inmates," Riley said at the end of the day. "Until you walk through it, you really don't understand what the facilities are like."

"One suggestion he offered was more community corrections drug treatment centers. "There's no need to bring them down here and incarcerate them and treat them at local facilities for a much lower rate," Riley said.

His gravest concern remains the number of inmates per corrections officer.

"At Staton Prison, Riley climbed onto a platform to look across a sea of beds and bodies packed into a windowless sheet-metal building that used to be a canning factory. Before additional fans were recently installed, "It was like a sauna," said Staton Warden Willie Thomas.

"Currently, 356 men are double-bunked there, at times with

only one officer watching.

"The question that I've got, if something did break out, what do you do?" Riley asked Corrections Commissioner Donal Campbell.

"The officers leave. That's the safest thing to do," Campbell said.

In all, Riley spent more than four hours touring Tutwiler, Draper, Staton and Elmore prisons, all in Elmore County. Last week he visited Donaldson Prison and the Birmingham Work Release Center.



NEWS STAFF/TAMIKA MOORE

Gov. Bob Riley talks to inmate Anthony Reed at Draper Prison in Elmore County. "Tell me about it. What's it like in prison?" Riley asked. "Horrible," Reed said.

"Tell me about it. What's it like in prison?" Riley asked Draper inmate Anthony Reed.

"Horrible," Reed said.

But Reed could not name any specific things the state could do to make Draper better, so they talked about his children for a little while.

"He seemed to be a pretty nice guy," Reed said later. "Seemed like he was really listening."

Riley was especially interested in drug treatment at Draper, surveying the men about what

drugs doomed them to prison. All of them, sitting in a circle on red plastic chairs, raised their hands for alcohol.

He left them with advice he heard when a family member was addicted. "I'm not saying you can't get off drugs without a spiritual experience, but I've never seen it happen."

Riley saved his kindest words for a handful of prisoners in Staton's hobby shop, where well-behaved inmates work with leather and wood, and paint. They make intricate miniature houses and ships.

"Anybody that can do that does not need to be here," Riley told inmate Dennis Capps, who makes tiny houses from cedar.

Capps was nervous, but proud. He licked his lips and cleared his throat a lot.

Riley told Capps about an old hunting cabin, and asked if he could make a reproduction. One of Riley's assistant's jotted the prisoner's name down.

Capps beamed. "He's supposed to send me a picture of the cabin, so I can make it."

In the cramped, dimly lit medical unit at Tutwiler Prison for Women, Riley learned that about 310 of the 750 Tutwiler inmates are in treatment for mental health problems.

Riley said that compared to some other prisons he's visited, Tutwiler did not appear crowded. "It's clean. It's neat. I think they're doing an exceptional job with the staff that they have," he said.

A 2002 federal lawsuit, settled earlier this summer, forced the state to reduce Tutwiler's population and improve medical treatment and conditions there.

Summer is especially unkind throughout Alabama's unaircon-ditioned prisons. And there is no respite in sight for the 23,600 inmates packed in space for 12,400.

Temperatures at times rise into the 90s.

Campbell, who was constantly wiping the sweat off his face as he walked through the prisons, said the heat has run employees off.

"In order to retain employees, we need a decent work environment," he said.

At least for some inmates, Riley's visit was a breath of fresh air. Inmate Brenda Wilder, who just arrived at Tutwiler Monday, grinned ear to ear as the governor walked passed.

"Awesome," she said. "He's a handsome man ... I never would have met the governor anywhere else."

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAM
NORTHERN DIVISION

*RONNIE MCCLAIN*
PLAINTIFF,

                                        *

V.

                                        *

BOB RILEY,ET AL                   CIVIL ACTION NO:2:05-CV-
DEFENDANT[S]                      *

                                        *

AFFIDAVIT

STATE OF ALABAMA
ELMORE COUNTY

     BEFORE ME,THE UNDERSIGNED AUTHORITY,A NOTARY PUBLIC,IN AND FOR

SAID COUNTY AND STATE OF ALABAMA AT LARGE,PERSONALLY APPEARED TOMMY

L.WILLIAMS,WHO BEING KNOWN TO ME AND BEING BY ME FIRST DULY SWORN,

DEPOSES AND SAYS ON OATH AS FOLLOWS;

THIS AFFIDAVIT IS SUBMITTED BY TOMMY L.WILLIAMS#147065,AN INMATE

HOUSED AT ELMORE CORRECTIONAL FACILITY.I AM OVER THE AGE OF 21 YEARS

OLD.I WAS DIAGNOSED ON OR ABOUT **MAY 2004** WITH {**HEPATITIS[C]**}AND HAS

NOT RECEIVED <u>ANY</u> MEDICAL TREATMENT AND HAVE SPOKEN WITH THE DOCTOR

ON SEVERAL OCCASION CONCERNING TREATMENT AND WERE TOLD THAT MY

CONDITIONS <u>**MUST**</u> SHOW SOME DETERIORATION BEFORE THE MEDICAL UNIT WILL

BE ABLE TO OFFER THE APPROPRIATE ATTENTION THAT IS NEEDED AND THAT

THE POLICIES WITHIN THE SYSTEM IS THAT AN INMATE MUST BE MORE THAN

**TWO(2)YEARS** FROM THEIR END OF SENTENCE DATE(**E.O.S**)TO RECEIVE THE

TREATMENT,BECAUSE IT WILL TAKE MORE THAN A YEAR FOR THE MEDICINE TO

TAKE IT'S AFFECT AND I AM NOW SERVING ON A **LIFE SENTENCE** AND HAVE BEEN

REVIEWED FOR PAROLE SINCE BEING DIAGNOSED(**JULY,05**)AND WAS SET•OFF FOR

ONE(1)YEAR,LEAVING ME AT LEAST ANOTHER YEAR TO SIMPLY BE **CONSIDERED**

FOR TREATMENT.AS OF RIGHT NOW I AM BEING MONITORED THROUGH BLOOD TESTS

APPROXIMATELY EVERY TWO OR THREE MONTHES,WHICH WERE TOLD TO ME IS

THEIR WAY OF KEEPING TABS ON SOME KIND OF POINT SYSTEM IN WHICH I

REALLY DON'T UNDERSTAND.NO ORIENTATION ON THE DO'S AND DON'T I

SHOULD KNOW TO PREVENT FURTHER ILLNESS SURROUNDING MY CONDITIONS NOR

SPECIAL DIET.WITH A LIFE SENTENCE AND CONTINUOUS SET•OFF ON PAROLE

FOR ONE(1)THERE IS A POSSIBILITY THE A.D.O.C COULD BE RESPONSIBLE

FOR VIOLATING MY CONSTITUTIONAL RIGHTS TO BE FREE FROM CRUEL AND

UNUSUAL PUNISHMENT.


TOMMY L. WILLIAMS#147065

STATE OF ALABAMA

ELMORE COUNTY

SWORN TO AND SUBSCRIBED BEFORE ME AND GIVEN UNDER MY HAND AND OFFICIAL
SEAL THIS  8th  DAY OF  March  ,06


NOTARY PUBLIC

MY COMMISSION EXPIRES:  Apr 5, 2008

# STATE OF ALABAMA
### Department of Corrections
### *Inmate Stationery*

Affidavit

My Name is Roderick Hightower, # 192731
I'm a Inmate Housed at Elmore Correctional Facility, Elmore, Alabama 36025.
I am of legal age of 21. I am doing this of my own will

I live in B2, it is 196 inmates in this dorm also, it is overcrowded, limited amount of space, and poor maintance showers,

The food is not prepared proplay. Sometime they serve left over food and serve have done meat sometime. utensils be Cleaned Improperly,

The above Information is true and correct to the best of my Knowledge, under Penalty of Prejuary

Submitted this 3rd day of January 2006

Respectfully Submitted,
Roderick Hightower
Roderick Hightower

# STATE OF ALABAMA

### Department of Corrections
*Inmate Stationery*

1-2-06

## AFFIDAVIT

My Name is Darrell D. Macklen # 242211 an Inmate at Elmore Correctional Facility

– I have Been at Elmore Since September 05 and Since then My Biggest problem is it is 116 inmates in my Dorm B-2 and when I get off work and get ready to take a Shower i always have to wait due to Shower not working and when i finally take a Shower and wait for pill call – I wait two hours to get My medicine, also in The Kitchen are By the red they serve the Juice there is water all over the floor from the drainage Backing up, and The trays are always dirty. and for this to be a work camp the chow they serve is Something you wouldn't feed a child Because it's not Enough When it rain I have to Move My Bed to keep from getting wet and it be very cold at night with the Heat not work properly with only one thin Blanket.

– I Swear under the penalty of perjury the above Information is true.

Sworn and Subscribed This 2nd day of Jan 2006

Darrell D. Macklen #242211
Darrell D. Macklen #242211

# STATE OF ALABAMA
## Department of Corrections
### Inmate Stationery

Aff. Davit

My Name is Dewey E Goins #192013
A Inmate Housed at Elmore Correctional
Facility, Elmore Alabama 36025.
I am of legal age of 42. I am doing this of
my own Will

I stay in dorm B2, and it has 196
inmates. The dorm lets rain in next to my
bed and the inmate next to me has to let
her bed be moved next to me to get out of
the way of the rain to come in. So it makes
me feel not to safe at that time.

The restroom is not set up to take care
of us as needed or at most of the time.
We tin to have to wait for a period of time
to get to use the showers. They have 12
showers but most of the do not work.

The dorm is overcrowded and it at
times causes tension between Inmates. I know I
got myself in here and I blame no one for it,
but we should not have to live like this.
No one should have to live like this at
any time I their life.

I Swear under the Penalty of Perjury the
above information is True and Correct.

Sworn to and Subscribed this 2Nd day of Jan 2006

Dewey E Goins 192013
Dewey E Goins 192013

My name is Barry Collins 174447.
I am over the age of 21, I do hereby
submit the following information. I
am incarcerated at Elmore Correction
Center. I live in #62 #87. Due to so
many inmates there is a lot of arguments
and tension there are long waiting
lines to use the toilets and sinks and
showers.

There is about 200 inmates that
live in this dorm and it seems
inside the dorm and one air.

There has been limited amount
of space to walk between the
beds. Not all showers and toilets
work. There is not enough showers
and toilets for the amount of inmates

. I can and will at least to this
information stated above, submitted
under the penalty of perjury

Sworn to this 3rd of January 2006

Respectfully Submitted

Barry Collins

# STATE OF ALABAMA

### Department of Corrections
### *Inmate Stationery*

## AFFIDAVIT

My Name is Walter Hill Jr #187805
A. Inmate Housed At Elmore Correctional Facility
Elmore, Alabama 36025

I am of Legal age 43, I am Not under The Influence of Medication or drugs.

Specifically, I am Housed In B Dorm Bay 2. B² currently Has And Houses 196 Inmates.

There are 12 shower Heads only (6) works

There is No Ventilation inside the Dorm. Because of So many People. I also Have to wait in a Line For 3 to 4 Hours. Sometimes to take a Shower.

It Rains Inside of the Dorm Causing Several Inmates to Move There Beds to keep from getting wet All The Time it Cold Because The Heat don't work to good And we only get one Blanket to Cover Up in.

I witness Fights, in The Last Two Months

I swear under The Penalty of Perjury the above Information is True And Correct.

Sworn to And Subscribed this 2 day of Jan. 2006

Walter Hill Jr #187805
Walter Hill Jr. #187805

## AFFIDAVIT

MY NAME WAYNE YEEMANS, # 171109
A INMATE HOUSED AT ELMORE CORRECTIONAL
FACILITY, ELMORE, Alabama 36025.

I AM OF Legal age 27. I AM Not
UNder The INFluence OF Medication OR drugs

SPecifically, I am HOUSED IN B-Dorm
2 bay, Bed # 46. B2 currently houses
196 Inmates.

It Rains Inside of the DORM causing
Several Inmates to move their Beds to Avoid
getting Wet.

There are 12 Shower heads, ONLY
SIX (6) Work.

There is NO Ventilation inside the DORM.
Because of so many inmates, I've had to
Wait IN a liNe FOR 2 sometimes 3 hours to
Use the Shower.

I have Witness at least three (3)
Fights IN the last two months.

I swear under the Penalty of Perjury
the above information is True and correct.

Sworn to and Subscribed this 2Nd day of JaN 2006.

_Wayne Yeomans_ 171109
WAYNE YEOMANS, # 171109

AFFiDavit

My Name is Kilpatrick Lanre, Au# 215167
I am currently a inmate at Elmore
Correction Center. I am over the age
21 and submitts this affidavit on my
owne Free will and accord.

I live in B2, it is some 196
inmates that also Reside in B2 Dorm.

The Dorm is severely overcrowded,
there is Not enough showers Nor tolicks
For a 196 inmates, there is a waiting
list sometimes For hours.

There is No Ventilation or proper
air throughout the dorm. It Rain in-
side the dorm, inmates argue and
sometime get in to Fights due to tension
and Lock of space.

The Beds are placed to close to each
other.

The above information is True and
Corrent to the best of my Knowledge
under the penalty of perjury —

Sworn to and Subscribed this 3rd day of Jan 2006.

Kilpatrick Lanre 215167
Kilpatrick Lanre, 215167

ALDOC Form 225B

# ALABAMA DEPARTMENT OF CORRECTIONS
## DISCIPLINARY REPORT



1.    Inmate:  **Clifford Ellis**            Custody:  **Minimum In**        AIS:  **B/208226**

2.    Facility:  **STATON CORRECTIONAL FACILITY**

3.    The above named inmate is being charged by **Penton Ashworth** with violation of rule number **35** specifically **Fighting Without a Weapon** from regulation # **403** which occurred on or about **August 5, 2005** at (time) **10:00** (am) / ~~pm~~), Location: **Staton Health Unit Hallway** . A hearing on this charge will be held after 24 hours from service.

4.    Circumstances of the violation(s) are as follows: **On August 5, 2005,at approximately 10:00 a.m., at Staton Correctional Facility, Officer Penton Ashworth observed Inmate Clifford Ellis B/208226 (assigned to Elmore Correctional Center) engaged into a physical altercation with Inmate Tito Johnson B/234319 inside Staton Health Care Unit Hallway.  Inmate Ellis' actions places Inmate Ellis in violation of Rule #35, Fighting Without a Weapon.**

      **August 5, 2005**                    *Penton Ashworth COI*
      _____                    **Penton Ashworth, COI**
              Date                        Arresting Officer / Signature / Rank

5.    I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his/her right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the  5th  day of  *August* , 20 05 , at (time) 4:55    (am/pm))

      *Jeremiah Mangy C.O.I.*          *Clifford Ellis 208226*
      Serving Officer / Signature / Rank          Inmate's Signature / AIS Number

6.    Witnesses desired?    NO _____     YES *Clifford Ellis 208226*
                              Inmate's Signature            Inmate's Signature

7.    If yes, list: *Len Lewis, Joel Watson* _____
      _____

8.    Hearing Date _____  Time_____  Place _____

9.    Inmate must be present in Hearing Room.  If he/she is not present explain in detail on additional page and attach.

10.   A finding is made that inmate  (is / is not) capable of representing himself.

      _____
            Signature / Hearing Officer

11.   Plea: _____ Not Guilty  _____ Guilty

12.   The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.

      _____
            Signature / Hearing Officer

# DETENTION NOTIFICATION
## Draper Correctional Center

FROM: Sgt. _Will C. Mill co II_ / _William C. Miller_    Shift Commander / Official

TO: Inmate _Clifford Ellis_    AIS # _B/208226_

REF: Placement in Administrative Segregation

You are being placed in Administrative Segregation for (Brief Description of Reason):

_Pending enemy validation. (Tito Laman Johnson B/234319)_

Your placement in Segregation is authorized by _Mr. Edward Hardison_ on this the _4th_ day of _May_, 200 _4_. Your confinement in Segregation is for a period of not more than seventy-two (72) hours. Prior to the end of your 72-hour confinement, you will either be released, served a Progress Review, a Disciplinary Notice, or extended. This 72-hour confinement excludes weekends and holidays. You may also be confined in Segregation by order of the I&I Division for investigation, criminal prosecution, etc. You will be given a verbal and written orientation concerning policies and procedures of the Segregation Unit at the time you enter the Unit. You will be allowed to make one (1) phone call upon your initial placement into the Segregation Unit. You must retain personal envelopes, stationary, stamps, and current legal work upon initial placement in Segregation. You will not be allowed to go back into your property until after sixty (60) days from your initial placement. Your signature below indicates that you have collected and secured all of your personal property from population and acknowledges receipt of this detention notice.

_Clifford Ellis 208226_    _Marvin Odom 5/4/04 530pm_
Inmate's Signature / AIS #    Officer's Signature    Date / Time

1. Inmate's property has been collected and placed into the Segregation Unit Property Room.
2. Inmate was afforded the opportunity to place a phone call prior to confinement.

    a. Refused _____    b. Called _____    c. Call Later _✓_    Time: _____

cc: Inmate's Segregation File    _Marvin Odom_
    Classification    Officer's Signature

Annex E to SOP #5-70

_Inmate Copy_

**October 31, 2005**

# The Elmore Times

## Where To Be and What's Going On  Nov. 01, 2005

### RELEASES
#### 11-01-05

| | |
|---|---|
| TWORKOWSKY,John | 183511 |
| ROSS,Cornelius | 206221 |

### EMPLOYEE NOTICES

Representatives from American Heritage Life will be at the Frontgate on Wed. 2nd and Thurs. 3rd from 5:30am to include 2nd Shift.

The DOC Annual Christmas Luncheon will be Dec. 15, 11:00am - 1:00pm in Birmingham at the Wynfrey Hotel Ballroom. Tickets are $20.00, please see Ms. Slatton to purchase yours.

$1.00 or 6 for $5.00 Raffle Tickets are on sale now for Hunter & Fisherman Gift Basket See Ms. Collier to purchase yours.

### MEDICAL APPTS.

To SHCU @6:15am 11-01 for Lab - Exit Bloodwork

| | |
|---|---|
| MARSHALL,Ray | 156579 |
| PRITCHETT,Paul | 190941 |
| TYUS,Larry | 181994 |
| NIX,Travis | 218416 |
| JONES,Tavares | 225851 |

To SHCU @6:15am 11-01 for Lab-NPO

| | |
|---|---|
| CAMPBELL,Sam | 195287 |
| ACOFF,Henry | 111741 |
| ANDERSON,Thomas | 168000 |
| COLEMAN,Joe | 097712 |
| JOHNSON,Allen | 164448 |
| BRUNO,Stanley | 121656 |
| WHATLEY,Bobby | 202048 |
| DRAKE,Ryan | 198230 |
| WILLIAMS,Tommy | 147065 |

| | |
|---|---|
| HARRIS,Eddie | 112009 |
| PEARSON,Jessie | 105272 |

To SHCU@7:00am11-01forX-rays

| | |
|---|---|
| MILES,Louis | 138374 |
| McCABE,Joseph | 199393 |
| BARBER,John | 138540 |
| TURNER,Willie | 192572 |
| GRADY,Leon | 125251 |
| TODD,Steven | 238746 |
| Thomas,Cleveland | 128679 |
| PHILLIPS,Willie | 120754 |
| REDD,John | 177676 |
| SEARS,David | 239097 |

ToSHCU@7:30am11-01 for MD

| | |
|---|---|
| PHILLIPS,Erron | 196856 |
| ABSTON,Herman | 112858 |
| PITTS,Arthur | 135526 |
| TERRELL,Brian | 218173 |
| PERDUE,Johnny | 232618 |
| Hockaday,Scottie | 181616 |
| MOODY,Willard | 170989 |
| CARDEN,Billy | 146874 |
| MOORE,Michael | 155349 |
| Streeter,Samuel | 091026 |
| BUNDY,Russell | 163783 |
| Williams,Chester | 221049 |
| Goggins,Bernard | 241522 |

To SHCU @8:00am 11-01 for Dental

| | |
|---|---|
| COLLIER,Cedric | 186967 |
| MOODY,Willard | 170989 |
| PAGE,Michael | 152755 |

To SHCU @12:00pm 11-01 for Dental

| | |
|---|---|
| WYATT,David | 237063 |
| BROOKS,Antonio | 219891 |
| BASS,Michael | 242261 |

### INMATE NOTICES

The following inmates are to report to the Chapel @9:00am 11-01 for a Workshop

| | |
|---|---|
| BARNES,Antonio | 200578 |
| BRYANT,Corvin | 149205 |
| CARTER,Dewon | 155504 |
| CHAPPELL,Edwin | 181264 |
| CURRY,Jessie | 242041 |
| EWING,David | 218515 |
| FLANAGAN,Steve | 227776 |
| GARRETT,Herbert | 171757 |
| GIPSON,Lang | 233990 |
| HURST,Leslie | 241254 |
| INGRAM,Jeffrey | 222816 |
| MARTIN,Roy | 139078 |
| Mathis,Christopher | 131604 |
| Merriweather,Antonio | 166859 |
| ORR,Morris | 202480 |
| RACHEL,Montwell | 241161 |
| SEARS,David | 239097 |
| WHORTON,Thomas | 127237 |
| WILBOURN,Kenneth | 227568 |
| Williams,Frederick | 180864 |

Stop up the following inmates @ 9:00am 11-01 for Ms. McQueen's Open House

| | |
|---|---|
| BARTON,Timothy | 232807 |
| COBB,Edarious | 225996 |
| ARNETTE,Mark | 154009 |
| ELLIS,Cedric | 177241 |
| CURRY,Randy | 228193 |
| BLACK,Kenneth | 175555 |
| DAVIS,Arthur | 157941 |
| COLLIER,Cedric | 186967 |
| EDMONDS,Clark | 167752 |
| CAPPS,Joseph | 200074 |
| CORELLI,Arturo | 165359 |

B-2

October 28, 2005

# The Elmore Times

## Where To Be and What's Going On  Oct. 29-31, 2005

## RELEASES

### 10-29-05
NEWTON,Jeffrey          234787
### 10-30-05
PLAYER,James            214511
### 10-31-05
JOHNSON,James           177835
JOHNSON,Kawaski         225839
OWENS,Bryant            238344

## EMPLOYEE NOTICES

The DOC Annual Christmas Luncheon will be Dec. 15, 11:00am - 1:00pm in Birmingham at the Wynfrey Hotel Ballroom. Tickets are $20.00, please see Ms. Slatton to purchase yours.

$1.00 or 6 for $5.00 Raffle Tickets are on sale now for Hunter & Fisherman Gift Basket See Ms. Collier to purchase yours.

## MEDICAL APPTS.

### To SHCU @8:30am 10-31 for MD
GRAHAM,Jeffrey          239814
McLendon,Kenneth        234729
TERRELL,Brian           218173
JONES,Albert            138531
PARKER,Reginald         146033
MAXWELL,Chance          239987
SEARS,David             239097
GARDNER,Adrian          161800
HARMON,Archie           175315
WILLIAMS,James          126909
SPURLOCK,Thomas         238238
ROBBINS,Dewayne         166638
BARNES,Carlos           197722
RAY,McArthur            204233

## INMATE NOTICES

Jeffrey Jones will check out to Compost on Sat. 30th and Sun. 31st per Lt. Dennis

Stop up the following inmates @ 8:30am 10-31 to see
Mr. Moncrief
REMBERT,George          081073
NOLAN,Richard           134438
FLOYD,Ronald            171793
BROOKS,Arthur           174989
JONES,Jeffrey           179352
JENKINS,Charles         184906
WALKER,Bradley          209739
Rawlinson,Michael       212795
Hamby,Christopher       216492
FELDER,Patrick          223103
WEBSTER,Andre           159444
SCOTT,Anthony           190669
HADI,Zakariya           193114
Humphrey,Marshall       197950
LEWIS,Gary              154848
Christian,Roderick      171443
SAPP,Charles            199405
GREEN,Mickey            209483

Stop up the following inmate @ 9:00am 10-31 to see
Ms. McQueen for Progress Review
Birmingham,Walter       240882

## ATTENTION ALL INMATES

Islamic Services will be held nightly from 5:00 - 6:30pm and Christian Services from 6:30 - 8:30pm starting 11-01-05

As of 10-11-05, ALL inmates must sign in at all Chapel Services. You must put your Name, AIS#, Dorm and Bed # or you will receive a Disciplinary.

NOTICE: Inmate Store Slips
You must put the item # on the slip. Do not put the description of the item.

ALL SALES ARE FINAL AT THE CANTEEN AND THE SANDWICH LINE. YOU MUST CHECK YOUR PURCHASES BEFORE YOU LEAVE WITH THEM.

ALABAMA DEPARTMENT OF CORRECTIONS
DISCIPLINARY REPORT

DOC Form 225B (Revised 1/30/2003)

1.  INMATE : __Larry Bailey__        CUSTODY: __Min__        AIS NO.: __B/162725__

2.  FACILITY: __Elmore Correctional Center__
3.  The above named inmate is being charged by **Mark Loman, COII** with violation of rule **#31**
    specifically**Assault on Another Inmate** from regulation # 403, which occurred on or about **November 27**, 2005
    at (time) **6:05 pm** (am / pm), Location: **In front of Dormitory B.**  A hearing on this charge will be held after 24
    hours from service.
4.  Circumstances of the violation(s) are as follows: **Inmate Larry Bailey did admit to slapping Inmate Darrell**
    **Maddon, B/242211 in the face. This dispute started over a serving of rice during chow.**

    __Mark Loman, COII__                              _Mrl Lo CoII_
    Arresting Officer / Typed / Rank                   Arresting Officer / Signature / Rank

5.  I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I
    informed inmate of his/her right to present a written or oral statement at the hearing and to present written
    questions for the witnesses on this the _27th_ day of _Nov._ ,2005, at (time) _8:20_
    (am/pm).

    _Walter Roxbury, COI_                             _Refused To Sign COI W. Roxbury_
    Serving Officer / Signature / Rank                 Inmate's Signature / AIS Number

6.  Witnesses desired?    NO _Refused To Sign COI W. Roxbury_ YES _____
                             Inmate's Signature                    Inmate's Signature
7.  If yes, list: _____

8.  Hearing Date _____ Time_____ Place _____
9.  Inmate must be present in Hearing Room.  If he/she is not present explain in detail on additional page and attach.
10. A finding is made that inmate (is / is not) capable of representing him/herself.

                              _____
                                    Signature / Hearing Officer
11. Plea: _____ Not Guilty _____ Guilty
12. The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.

                              _____
                                    Signature / Hearing Officer
13. Arresting Officer's testimony  (at the hearing): _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

                                    Annex C to AR 403  ( Page 1 of 3 pages )

## Alabama Department of Corrections
### February 2003 Monthly Report
### Personnel Staffing

| Facility | Correctional Staff | | Corr Losses | | YTD Turnover | Ratio Inmate:CO | Total Personnel | | Total Pers Losses | | YTD Turnover | Staffing Levels |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Auth | Actual | Month | Y-T-D | | | Auth | Actual | Month | Y-T-D | | |
| Administrative & Training | 34 | 32 | 0 | 0 | 0.0% | 0.0 | 376 | 338 | 2 | 11 | 3.3% | 89.9% |
| *Work Release Centers | 185 | 177 | 2 | 10 | 5.6% | 15.6 | 253 | 238 | 4 | 15 | 6.3% | 94.1% |
| INSTITUTIONS | | | | | | | | | | | | |
| Bibb | 186 | 178 | 1 | 12 | 6.7% | 10.5 | 245 | 228 | 1 | 12 | 5.3% | 93.1% |
| Bullock | 152 | 149 | 1 | 7 | 4.7% | 8.8 | 196 | 189 | 1 | 11 | 5.8% | 96.4% |
| Cattle Ranch | 9 | 8 | 0 | 0 | 0.0% | 13.6 | 11 | 10 | 0 | 0 | 0.0% | 90.9% |
| JO Davis (in Fountain's) | 0 | 0 | 0 | 0 | 0.0% | 0.0 | 0 | 0 | 0 | 0 | 0.0% | 0.0% |
| Donaldson | 274 | 220 | 1 | 23 | 10.5% | 7.0 | 322 | 259 | 2 | 27 | 10.4% | 80.4% |
| Draper | 180 | 163 | 1 | 10 | 6.1% | 7.5 | 215 | 194 | 1 | 12 | 6.2% | 90.2% |
| Easterling | 162 | 155 | 0 | 10 | 6.5% | 8.2 | 201 | 192 | 1 | 11 | 5.7% | 95.5% |
| Elmore | 85 | 80 | 0 | 4 | 5.0% | 14.7 | 127 | 119 | 0 | 6 | 5.0% | 93.7% |
| Fountain | 155 | 141 | 3 | 6 | 4.3% | 11.5 | 196 | 181 | 3 | 8 | 4.4% | 92.3% |
| Frank Lee | 35 | 31 | 1 | 2 | 6.5% | 9.2 | 47 | 41 | 1 | 2 | 4.9% | 87.2% |
| Hamilton A&I | 34 | 34 | 0 | 0 | 0.0% | 8.6 | 42 | 42 | 0 | 0 | 0.0% | 100.0% |
| Holman | 188 | 167 | 2 | 6 | 3.6% | 5.9 | 211 | 190 | 3 | 8 | 4.2% | 90.0% |
| Kilby | 177 | 163 | 1 | 15 | 9.2% | 8.5 | 229 | 211 | 4 | 25 | 11.8% | 92.1% |
| Limestone | 256 | 251 | 1 | 12 | 4.8% | 8.7 | 312 | 306 | 1 | 13 | 4.2% | 98.1% |
| Red Eagle | 26 | 23 | 0 | 1 | 4.3% | 13.3 | 36 | 32 | 0 | 2 | 6.3% | 88.9% |
| St. Clair | 265 | 251 | 3 | 12 | 4.8% | 6.0 | 311 | 292 | 3 | 14 | 4.8% | 93.9% |
| Staton | 140 | 132 | 0 | 5 | 3.8% | 10.4 | 175 | 165 | 0 | 6 | 3.6% | 94.3% |
| Tutwiler | 127 | 113 | 0 | 2 | 1.8% | 11.1 | 174 | 154 | 0 | 5 | 3.2% | 88.5% |
| Ventress | 158 | 154 | 3 | 6 | 3.9% | 10.5 | 209 | 201 | 4 | 10 | 5.0% | 96.2% |
| WORK CENTERS | | | | | | | | | | | | |
| Childersburg WR/WC/BC | 42 | 40 | 1 | 1 | 2.5% | 12.9 | 54 | 52 | 1 | 1 | 1.9% | 96.3% |
| Loxley WR/WC | 25 | 25 | 2 | 4 | 16.0% | 22.4 | 35 | 35 | 2 | 4 | 11.4% | 100.0% |
| TOTALS | 2,895 | 2,687 | 23 | 148 | 5.5% | 9.4 | 3,977 | 3,669 | 34 | 203 | 5.5% | 92.3% |

*Contains all WR's except C'burg & Loxley, which are included in work centers

**Alabama Department of Corrections**
**September 2005 Monthly Report**
**Personnel Staffing**

| Facility | Correctional Staff | | Corr Losses | | YTD Turnover | Ratio Inmate:CO | Total Personnel | | Total Pers Losses | | YTD Turnover | Staffing Levels |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Auth | Actual | Month | Y-T-D | | | Auth | Actual | Month | Y-T-D | | |
| Administrative & Training | 54 | 47 | 0 | 3 | 6.4% | 0.0 | 431 | 368 | 0 | 53 | 14.4% | 85.4% |
| *Work Release Centers | 199 | 187 | 3 | 23 | 12.3% | 6.6 | 269 | 245 | 5 | 39 | 15.9% | 91.1% |
| **INSTITUTIONS** | | | | | | | | | | | | |
| Bibb | 183 | 174 | 4 | 29 | 16.7% | 10.9 | 243 | 220 | 5 | 38 | 17.3% | 90.5% |
| Bullock | 176 | 149 | 3 | 18 | 12.1% | 8.8 | 220 | 188 | 3 | 24 | 12.8% | 85.5% |
| Cattle Ranch | 9 | 8 | 0 | 1 | 12.5% | 12.4 | 11 | 10 | 0 | 1 | 10.0% | 90.9% |
| JO Davis (in Fountain's) | 0 | 0 | 0 | 0 | 0.0% | 0.0 | 0 | 0 | 0 | 0 | 0.0% | 0.0% |
| Donaldson | 243 | 229 | 2 | 36 | 15.7% | 7.0 | 292 | 268 | 2 | 41 | 15.3% | 91.8% |
| Draper | 182 | 157 | 3 | 22 | 14.0% | 7.9 | 217 | 191 | 3 | 26 | 13.6% | 88.0% |
| Easterling | 163 | 151 | 4 | 16 | 10.6% | 8.4 | 203 | 186 | 4 | 20 | 10.8% | 91.6% |
| Elmore | 85 | 79 | 3 | 17 | 21.5% | 14.9 | 128 | 118 | 3 | 17 | 14.4% | 92.2% |
| Fountain | 156 | 142 | 1 | 25 | 17.6% | 11.3 | 199 | 178 | 3 | 34 | 19.1% | 89.4% |
| Frank Lee | 35 | 34 | 0 | 4 | 11.8% | 8.3 | 47 | 45 | 0 | 7 | 15.6% | 95.7% |
| Hamilton A&I | 34 | 34 | 0 | 2 | 5.9% | 8.6 | 44 | 43 | 0 | 4 | 9.3% | 97.7% |
| Holman | 186 | 146 | 1 | 16 | 11.0% | 6.8 | 209 | 167 | 3 | 20 | 12.0% | 79.9% |
| Kilby | 174 | 167 | 3 | 21 | 12.6% | 7.9 | 227 | 219 | 2 | 23 | 10.5% | 96.5% |
| Limestone | 256 | 253 | 3 | 20 | 7.9% | 8.1 | 312 | 295 | 5 | 32 | 10.8% | 94.6% |
| Red Eagle | 27 | 26 | 1 | 6 | 23.1% | 8.0 | 38 | 36 | 2 | 9 | 25.0% | 94.7% |
| St. Clair | 268 | 255 | 3 | 21 | 8.2% | 6.0 | 315 | 297 | 4 | 32 | 10.8% | 94.3% |
| Staton | 139 | 123 | 0 | 13 | 10.6% | 11.2 | 175 | 158 | 0 | 20 | 12.7% | 90.3% |
| Tutwiler | 127 | 105 | 2 | 24 | 22.9% | 9.0 | 176 | 150 | 3 | 32 | 21.3% | 85.2% |
| Ventress | 159 | 154 | 1 | 4 | 2.6% | 10.7 | 212 | 199 | 2 | 8 | 4.0% | 93.9% |
| **WORK CENTERS** | | | | | | | | | | | | |
| Childersburg WR/WC/BC | 44 | 41 | 0 | 3 | 7.3% | 10.5 | 56 | 53 | 1 | 4 | 7.5% | 94.6% |
| Loxley WR/WC | 29 | 25 | 0 | 8 | 32.0% | 13.7 | 39 | 35 | 0 | 11 | 31.4% | 89.7% |
| **TOTALS** | 2,928 | 2,686 | 36 | 332 | 12.4% | 8.9 | 4,063 | 3,669 | 50 | 495 | 13.5% | 90.3% |

*Contains all WR's except C'burg & Loxley, which are included in work centers

September 2005 Personnel Staffing, Page 10





## AFFIDAVIT/PETITION

PURSUANT TO **TITLE 28 U.S.C.S §1746**, I SWEAR UNDER THE PENALTY OF PERJURY, IN AGREEMENT WITH THE COMPLAINT FILED BY INMATE LEON FOY. I AM HOUSED AT ELMORE CORRECTIONAL FACILITY---AND THE FOLLOWING CONDITIONS DO EXIST:

1. ] OVERCROWDING
2. ] INADEQUATE SECURITY IN ALL DORMS
3. ] INADEQUATE INMATE CLASSIFICATION
4. ] INMATE VIOLENCE
5. ] INADEQUATE LIVING SPACE
6. ] INADEQUATE VENTILATION
7. ] INADEQUATE MEDICAL CARE
8. ] INADEQUATE KITCHEN

| NAME: | A.I.S# |
|---|---|
| Walter C. Wentworth III | 181525 |
| Ken McClain | 133958 |
| Jo ___ w___ | 147065 |
| Terrance Cullivan | 113861 |
| Davis A. Mason | 205930 |
| Morris Prince | 241620 |
| Derrick Benford | 211187 |
| Carl Bennett | 158535 |
| Eric Harris | 174109 |
| Scotty Watson | 240594 |
| Frane Gills | 117394 |
| Johnny Wigfen | 120716 |
| Terry Calhoun | 187148 |
| Al. Sinnott | 208186 |
| Joseph Yarbrough | 267879 |
| Willie Turner | 192572 |
| Tyrone Johnson | 219733 |
| Leroy Carroll | 164016 |
| Louis Collins | 169334 |
| Lawrence Dade | 131793 |
| Anthony Brooks | 115714 |
| John Patterson | 199871 |
| Jerry Walker | 302699 |
| James Mitchell | 126336 |
| Jason Stone | 153250 |
| Frank Jone | 146234 |

## AFFIDAVIT / PETITION

Pursuant to **Title 28 U.S.C.S. §1746,**I swear under the Penalty of perjury,In agreement with the complaint filed by Inmate Leon Foy.I am housed at Elmore Correctional Facility--And the following Conditions do exist:

1.)Overcrowding
2.)Inadequate security in all dorms
3.)Inadequate Inmate classification
4.)Inmate Violence
5.)Inadequate living space
6.)Inadequate Ventilation
7.)Inadequate Medical Care
8.)Inadequate Kitchen

Name: _Larry Bailey_     A.I.S.No. _162225_

Name: _Robert Simpson_     A.I.S.No. _146651_

Name: _John Kernodian_     A.I.S.No. _170285_

Name: _Jeremy Rhodes_     A.I.S.No. _242748_

Name: _Zeph Adams_     A.I.S.No. _206013_

Name: _____     A.I.S.No. _232462_

Name: _Keith Roginer_     A.I.S.No. _236328_

Name: _Brian Butler_     A.I.S.No. _186527_

Name: _Donald Mae_     A.I.S.No. _134285_

Name: _Kay Klinkver_     A.I.S.No. _175927_

Name: _Anthony Bennott_     A.I.S.No. _19515_

Name: _Percy Downs_     A.I.S.No. _133809_

NAme: _Cooper, Jason_     A.I.S.No. _155006_

NAme: _Anthony Shea_     A.I.S.No. _173446_

NAme: _Phillip Williams_     A.I.S.No. _185649_

Name: _William Summers_     A.I.S.No. _160448_

Name: _Mark Boo_     A.I.S.No. _219241_

Name: _____     A.I.S.No. _136724_

Name: _____     A.I.S.No. _159878_

## AFFIDAVIT/PETITION

PURSUANT TO **TITLE 28 U.S.C.S §1746**, I SWEAR UNDER THE PENALTY OF PERJURY, IN AGREEMENT WITH THE COMPLAINT FILED BY INMATE LEON FOY. I AM HOUSED AT ELMORE CORRECTIONAL FACILITY--AND THE FOLLOWING CONDITIONS DO EXIST:

1.] OVERCROWDING
2.] INADEQUATE SECURITY IN ALL DORMS
3.] INADEQUATE INMATE CLASSIFICATION
4.] INMATE VIOLENCE
5.] INADEQUATE LIVING SPACE
6.] INADEQUATE VENTILATION
7.] INADEQUATE MEDICAL CARE
8.] INADEQUATE KITCHEN

| NAME | A.I.S# |
|---|---|
| Kennth Steven | 177985 |
| Darius Guice | 243146 |
| Morris Harris | 243051 |
| Eric Jackson | 243217 |
| Jack Jenkins | 235197 |
| Billy Swain | 219535 |
| Jerry Calhoun | 179250 |
| Christopher Ford | 243404 |
| Andre Chappll | 243440 |
| Dionysio Viñas | 215895 |
| Jeffery S. Odom | 242940 |
| Tchaka McGraw | 199013 |
| Johnny Siler | 241835 |
| Jeremy Collins | 243205 |
| Tyrone Richardson | 157822 |
| | 154826 |
| William R. Pettie | 170178 |
| Benny Rumph | 173833 |
| Bobby Hattaway | 231276 |
| Charlie L. Simmons | 120176 |
| Clifford Ellis | 208226 |
| Tony Browder | 109472 |
| James Bailey | 187785 |
| Trent Rainey | 194273 |
| Tommy Taylor | 179728 |
| Kenneth Mobile | 152764 |