IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RONNIE MCCLAIN, #133958, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05CV943-WKW |
| | ) | [WO] |
| BOB RILEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

For good cause, it is

ORDERED that the Motion to Intervene, filed by Andre Lavel Webster ["Webster"] on 1 December 2005 (Doc. # 19), is DENIED. First, the intervention is prohibited by the Prison Litigation Reform Act of 1996, which requires "each individual prisoner to pay the full amount of the required [filing] fee." ***Hubbard v. Haley, et al.***, 262 F.3d 1194, 1195 (11th Cir. 2001). Consequently, multiple prisoners are not entitled to enjoin their claims in a single cause of action. ***Id.*** Moreover, on 5 October 2005, the court declined to grant Webster's request to proceed *in forma pauperis*, thus preventing his participation as a named party in this lawsuit.

DONE this 7th day of September, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE