


**Ronnie McClain**
828 Nob Hill Drive ~ Apt. G ~ Birmingham, Alabama 35209
Home Phone 205/747-2391

2007 NOV 21 A 9:40
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

November 13, 2007

**Office Of The Clerk**
**United States District Court**
P.O.Box 711
Montgomery, Alabama 36101-=711

To The District Court Clerk,

I'm writing in reference to **Civil Action No. 2:05-CV-943-WKW** concerning an address change.

**From: Ronnie McClain**
**AIS 133958**
P.O. Box 8
Montgomery, Alabama 36025

**To: Ronnie McClain**
828 Nob Hill Drive
Apt. G
Birmingham, Alabama 35209

Enclosed is a stamp docket file envelope for my return.

Sincerely,

Ronnie McClain


Mr. Ronnie McClain
Nob Hill Drive
Apt. Y
Birmingham, Al.
Office Of The Clerk
United States District Court
P.O. Box 711