IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**RONNIE McCLAIN, AIS# 133958**
    **Plaintiff,**

        Vs.                       Case #2:05-CV-943-F

**BOB RILEY, et al.,**
    **Defendants.**

### CONFLICT DISCLOSURE STATEMENT

    Comes now William Segrest, Executive Director of the Alabama Board of Pardons and Paroles, named as a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama 's General Order No.3047:

    ☑    This Party is an individual

    ☑    This Party is a governmental entity, or

☐   There are no entities to be reported, or

☐   The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Alabama Board of Pardons and Paroles | Official capacity, Defendant stands in place of State Agency |

December 12, 2007

/s/ Hugh Davis
HUGH DAVIS
DEPUTY ATTORNEY GENERAL
Counsel for William Segrest and
Ala. Bd. Pardons and Paroles
P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
Fax: (334) 353-4423

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2007, I electronically filed the foregoing with the clerk of the court using the CM/ECF system which will send notification of such filing to the following: Troy King, Bob Riley, Donal Campbell and Paul Whaley, and I hereby certify that I have mailed by United Stated Postal Service the document to the following non-CM/ECF participants:

Leon Foy, #125322
PO Box 8 B1-174
Elmore, Alabama 36025

Andre L. Webster, #159444
PO Box 8 C2-152
Elmore, Alabama 36025

Ronnie McClain, #133958
PO Box 8 B1-132
Elmore, Alabama 36025

Roy More, #197649
PO Box 8 A2-15
Elmore, Alabama 36025

Done this 12th day of December 2007.

Respectfully submitted,

HUGH DAVIS
DEPUTY ATTORNEY GENERAL
State Bar#: ASB-4358-D63F
Ala. Bd. Pardons and Paroles
301 South Ripley Street
P.O. Box 302405
Montgomery, Alabama 36130
Telephone: (334) 242-8700
Hugh.davis@paroles.alabama.gov