IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RONNIE MCCLAIN, #133958 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. **2:05-CV-943-WKW** |
| | ) | |
| BOB RILEY, et al. | ) | |
| | ) | |
| Defendant, | ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW *Bob Riley, Donal Campbell, Troy King and Paul Whaley,* Defendants in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐  This party is an individual, or

☒  This party is a governmental entity, or

☐  There are no entities to be reported, or

☐  The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| State of Alabama | Governor |
| Department of Corrections | Former Commissioner |
| Office of Attorney General | Attorney General |

12/28/2007  /s/ J.MATT BLEDSOE
Date   Counsel Signature

Riley, Campbell, King & Whaley
Counsel for (print names of all parties)

11 South Union Street
Montgomery, AL 36130
Address, City, State Zip Code

334-242-7443
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**CERTIFICATE OF SERVICE**

I, J. Matt Bledsoe, do hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail, properly addressed, and postage prepaid on this 14th day of December 2007, to:

Ronnie McClain, #133958
Elmore Correctional Facility
PO Box 8
Elmore, AL  36025

| | |
|---|---|
| 12/28/2007 | /s/  J. Matt Bledsoe |
| Date | Signature |