IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **RONNIE McCLAIN, # 133958** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cv-943-WKW |
| | ) | |
| **BOB RILEY**, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On May 1, 2008, the Magistrate Judge filed a Recommendation (Doc. # 51) in this case. The plaintiff did not file an objection. After an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 51) is ADOPTED;

2. The defendants' motions for summary judgment (Doc. # 35) and (Doc. # 37) are GRANTED;

3. This case, filed under 42 U. S. C. § 1983, is DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE this 13th day of June, 2008.

　　　　　　　　　　　　　　　　　　/s/  W.  Keith Watkins
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE