IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **RONNIE McCLAIN, # 133958** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cv-943-WKW |
| | ) | |
| **BOB RILEY,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the court, it is ORDERED, ADJUDGED and DECREED that:

1. Judgment is entered in favor of the defendants and against plaintiff;

2. This action is DISMISSED with prejudice; and

3. Costs are taxed against the plaintiff.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 13th day of June, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE